IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

JERRY MICHAEL PUCKETT,
ANDREW JOSEPH PUCKETT, and
G.R.P., a minor child,

    Plaintiffs,                             Case No.: 2:23-cv-00123-DCLC-CRW

v.

UNICOI COUNTY, TENNESSEE,
CITY OF ERWIN, TENNESSEE,
MICHAEL HENSLEY,
JONATHAN "FRANK" ROGERS,
TONY BUCHANAN, AND
JOHN AND JANE DOES NO. 1-10

    Defendants.

---

## MOTION TO DISMISS/MOTION FOR MORE DEFINITE STATEMENT

---

Come now Defendants, Unicoi County, Tennessee, Michael Hensley and Jonathan "Frank" Rogers, by and through undersigned counsel, and respectfully move the Court pursuant to Rule 12 of the Federal Rules of Civil Procedure, for the entry of an Order dismissing Plaintiffs' action, or in the alternative, requesting Plaintiffs file an additional complaint as a result of the initiating complaint filed September 7, 2023, requires a more definite statement under the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 7th day of December, 2023.

                                          TAYLOR & KNIGHT, GP

                                          s/ *Arthur F. Knight, III*
                                          Arthur F. Knight, III, BPR# 016178
                                          800 South Gay Street, Suite 600
                                          Knoxville, TN 37929
                                          Phone: 865-971-1701
                                          Fax: 865-971-1705

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 7th, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The Plaintiffs will be served via regular U.S. Mail at the following address:

Jerry Michael Puckett
775 Rector Laurel Road
Flag Pond, TN 37657

Andrew Joseph Puckett
775 Rector Laurel Road
Flag Pond, TN 37657

G.R.P.
775 Rector Laurel Road
Flag Pond, TN 37657

Parties may access this filing through the Court's electronic filing system.

                              *s/Arthur F. Knight, III*
                              Arthur F. Knight, III