UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JERRY MICHAEL PUCKETT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:23-CV-00123-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| UNICOI COUNTY TENNESSEE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 7, 2023, Plaintiffs, appearing *pro se*, filed a Complaint against Defendants and on November 30, 2023, served Defendants City of Erwin, Michael Hensley, Frank Rogers, and Unicoi County, Tennessee, and on December 4, 2023, served Defendant Tony Buchanan [Docs. 1, 6-1–6-4]. On December 7, 2023, Defendants Unicoi County, Michael Hensley, and Jonathan Rogers filed a Motion to Dismiss/Motion for More Definite Statement [Doc. 7]. On December 13, 2023, Attorney Alexis Tahinci filed a Notice of Appearance indicating her representation of Plaintiffs going forward. On December 19, 2023, the same defendants filed a "Motion for Miscellaneous Relief" asking the Court to grant its previously filed motion to dismiss but acknowledging that they had filed their motion prior to the entry of the Court's order governing motions to dismiss, which requires the parties meet and confer prior to the filing of a motion to dismiss to determine if it can be avoided. In their motion, Defendants ask, in the alternative, Plaintiffs amend their complaint to resolve Defendants objections to the initial complaint. [Doc. 17]. In response, on December 26, 2023, Plaintiffs filed their First Amended Complaint [Doc. 20]. Considering Plaintiffs' First Amended Complaint supersedes their original Complaint, each of

Defendants' pending motions relating to the original Complaint are rendered moot. *See In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013) ("An amended complaint supersedes an earlier complaint for all purposes."). Therefore, the motions of Defendants Unicoi County, Michael Hensley, and Jonathan Rogers to Dismiss the Complaint or for a More Definite Statement [Doc. 7] and for Miscellaneous Relief [Doc. 17] are **DENIED AS MOOT**. Defendants shall file their responses to the First Amended Complaint within the time provided by the Federal Rules of Civil Procedure.

    **SO ORDERED:**

                                          s/ Clifton L. Corker
                                          United States District Judge