# UNICOI COUNTY SHERIFF DEPARTMENT
## INCIDENT REPORT

CASE NUMBER: 1310000192
State Control Number: 860000011080
Original ☒  Supplement ☐

REPORTING OFFICER: Deputy Nicholas Wyatt   ID# 626   ORI: TNO860000

ADDRESS OF INCIDENT: 778 Rector Laurel Rd.   City: Flag Pond   State: TN   Zone: 3

**REPORTTYPE**
- ☒ ARREST
- ☐ OFFENSE
- ☐ OTHER

Date and Time of Incident: 10-03-2013 0930   Arrival Time: 0955   Time of Arrest 1003

STATUS OF INCIDENT: ☒ Cleared By Arrest ☐ Closed ☐ Cleared Exceptionally ☐ Pending ☐ Active

**Exceptional Clearance Information**
- ☐ Death of Offender
- ☐ Victim Refused to Cooperate
- ☐ Prosecution Declined
- ☐ Juvenile No Custody
- ☐ Extradition Denied
- ☒ Not Applicable

Exceptional Clearance Date:
Complainant: Same as Victim
Address:
Phone:

## VICTIM

Victim's Name: Jerry M. Puckett
Victim's Address: 778 Rector Laurel Rd. Flag Pond, TN 37657   Phone: (423)388-5611   Work Phone:
D.O.B. ▓▓-1976   SSN ▓▓-7541   DL# ▓▓   State: TN   Victims Sequence # 1
Sex: ☒ Male ☐ Female ☐ Unknown   Race: ☐ Asian ☒ White ☐ Black ☐ Indian ☐ Unknown
Residence Status: ☒ Resident ☐ Non-Resident ☐ Unknown   Occupation:
Domestic Violence: ☒ Yes ☐ No   Was Victim Transported To A Safe Place ☐ Yes ☒ No   Where?

**Type Of Victim**
- ☒ Individual
- ☐ Government
- ☐ Law Enforcement Officer
- ☐ Society/Public
- ☐ Business
- ☐ Religious Organization
- ☐ Financial
- ☐ Unknown
- ☐ Other

**Injury Type (Check up to five)**
- ☐ Broken Bones
- ☐ Possible Internal Injuries
- ☐ None
- ☐ Other Major injuries
- ☒ Minor injuries
- ☐ Unconsciousness

## OFFENSE

| Offense | T.C.A. Code | Status Of Offense | Attempted | Completed |
|---|---|---|---|---|
| Domestic Assault | 39-13-111 | | ☐ | ☒ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

## OFFENDER

Name: Andrew J. Puckett   Address: 778 Rector Laurel Rd.   Phone:
D.O.B ▓▓ 1978   SS# ▓▓-6776   DL# ▓▓   Sex Male   Race White   Arrested: ☒ Yes ☐ No
Eyes: Blue   Hair Brown   Weight 145 Lbs.   Height 5-11   Scars (other):
Relationship of Victim to Offender: Brother

Offender Suspected of Using (X all that apply)  ☐ Alcohol  ☐ Drugs  ☐ Computer Equipment  ☐ Other

## VEHICLE IDENTIFYING INFORMATION

| License No. | State | Style | VIN: |
|---|---|---|---|
| Make | Model | Year | Color |

## DRUG INFORMATION

| Suspected Drug Type | Estimated Quantity | Type / Measurement | Other Information |
|---|---|---|---|
| Drug 1- | | | |
| Drug 2- | | | |

| Weapon | Description | Serial # | Caliber | Make | Type |
|--------|-------------|----------|---------|------|------|

| Property | Description | | Serial # | Total Value (est) |
|----------|-------------|---|----------|-------------------|
| | 1. | | | |
| | 2. | | | |
| | 3. | | | |

## WITNESSES

| Name: | D.O.B. | Address | |
|-------|--------|---------|---|
| Occupation | | Home Phone | Work Phone |
| Name | D.O.B. | Address | |
| Occupation | | Home Phone | Work Phone |

Please see attached warrant.

---

**NON-PROSECUTION-** I HAVE BEEN ADVISED OF THE EVIDENCE AND CIRCUMSTANCES OF THIS CASE AND AT THIS TIME DO NOT WISH tO PRESS CHARGES AGAINST THE OFFENDER(s)

VICTIM:_____  WITNESS:_____

WITNESS:_____  DATE / TIME:_____

---

THE INFORMATION CONTAINED IN THIS INCIDENT REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IT IS A VIOLATION OF T.C.A. CODE 39-16-502 TO PROVIDE FALSE INFORMATION TO AN OFFICER AND THAT I MAY BE PROSECUTED FOR DOING SO.

| COMPLAINANT / VICTIM | | DATE / TIME | |
|----------------------|---|-------------|---|
| Deputy Nicholas Wyatt | 626 | *[signature]* | 620 |
| Reporting officer | ID Number | Approving Supervisor | ID Number |

| Case Assigned to: | Assigning Authority: |
|-------------------|----------------------|

Name: Jerry Puckett
Sex: M  Race: W  D.O.B: __-__-76
Address: 778 Rector Laurel Rd.
Date/Time: 10-3-13
Location Given:
To Whom Given:

At about 9:00 a.m. I went over to my brother's trailer because he had been to my house before I woke up (my son told me). He said he just wanted coffee but didn't want coffee any more. He said I owed him $70 and did I have it. I couldn't figure out where the $70 came from but he started yelling so I left and on my way back across the road he told me I better get his yard cleaned up. I told him I would after breakfast.

About ten or fifteen minutes later he was at my door yelling how I better explain some things to him and about cleaning up his yard. I told him to go back across the street because he was mad and we could talk when he calmed. He left but came back ten minutes later even madder.

This time he was yelling and making wild arm-gestures on my porch and when I told him to leave he said to come out there and make him leave, at which time I noticed a hammer on the ground at his feet, so I jumped down and grabbed the hammer because I was afraid he might grab it (he has hit me with hammer before). I picked it up and told him to go home but he hit me in my head and I threw the hammer away so nobody would get seriously hurt. We wrestled around in the yard until I got Andy in a choke hold and he finally stopped struggling and I let him up and he went back across the street.

079052051

Signature of Person Giving Statement: [signature]

SF-0584                                                                                          RDA 1419

# GENERAL SESSIONS COURT OF UNICOI COUNTY TENNESSEE

State of Tennessee vs. **Puckett, Andrew J.**   Case # **1310000192**

## AFFIDAVIT OF COMPLAINT

I, the affiant named below, after being sworn, state under oath that on or about **Thursday** **October 3**, **2013** in Unicoi County, Tennessee, **Puckett, Andrew J.** committed the offense(s) of violation(s) of T.C.A. § **Domestic Violence Assault TCA 39-13-111**  I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On 3 October, 2013 I was dispatched to 778 Rector Laurel Rd. in regards to a fight in progress. Upon arrival and making contact with the subjects a Mr. Andrew J. Puckett and his brother a Mr. Jerry M. Puckett they informed me that they had been in an argument that turned physical. Upon my arrival the subjects had already separated them selves. After further contact with the subjects I found that Mr. Andrew Puckett had been on his brothers property across the street to talk to his brother Mr. Jerry Puckett, during there discussion Mr. Andrew Puckett started to get violent and punched his brother in the face causing his nose to bleed, At that time Mr. Jerry M. Puckett defended himself by taking his brother to the ground. At that time 911 was called by a third party caller. Mr. Andrew J. Puckett was confirmed to be the primary aggressor.

Affiant's Signature: *Dep. N. Wyatt 626*
Name (Printed): Deputy Nicholas Wyatt 626
Address (Printed): 102 North Main Ave.
Erwin, TN. 37650
Phone Number: (423) 743-1850

Sworn to and subscribed before me on _____ 20___

Judge/Clerk. Judicial Commissioner

## PROBABLE CAUSE DETERMINATION

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Unicoi County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § **Domestic Violence Assault TCA 39-13-111**

(X) Defendant given citation or arrested without warrant   ( ) Arrest warrant shall issue   ( ) Criminal Summons shall issue

Date _____   Judge/Clerk/Judicial Commissioner

## ARREST WARRANT

Case # _____

State Control No.: 860000011080

### GENERAL SESSIONS COURT OF
### UNICOI COUNTY, TENNESSEE
### STATE OF TENNESSEE
### VS.

**Puckett, Andrew J.**
Defendant

**CHARGES**
A. Domestic Violence Assault
B. _____
C. _____
D. _____
E. _____

Attorney for Defendant _____

Court Date: Friday October 2013 4 TH.

| | | | |
|---|---|---|---|
| State, Deft. to ___ | at ___ | AM\PM |
| State, Deft. to ___ | at ___ | AM\PM |
| State, Deft. to ___ | at ___ | AM\PM |
| State, Deft. to ___ | at ___ | AM\PM |
| State, Deft. to ___ | at ___ | AM\PM |

### INFORMATION ABOUT THE DEFENDANT

Name: Puckett, Andrew J.
Address: 778 Rector Laurel Rd, Flagpond, TN 37657
DOB: ███ 978   Sex: Male
Race: White   Ht.: 5-11
Wt.: 145 Lbs.  Hair: Brown  Eyes: Blue
Social Security No.: 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  D.L. #: ███
Phone #: n/a   Cell #: n/a
Place of Employment: n/a

May be Found at: _____

## TO THE DEFENDANT

[X] Based on the affidavit of complaint filed in this case, there is probable cause to believe that you have committed the offense(s) of violation(s) of T.C.A. § 39-13-111

( ) Defendant has failed to appear in court or to report to Jail when required to do so.

### TO ANY LAWFUL OFFICER:
You are therefore commanded in the name of the State of Tennessee to immediately **ARREST** the defendant named above and bring the defendant to this court to answer the charges.
Ball is set at $ _____
Conditions of Bond _____

Date: _____

Judge/Clerk/Judicial Commissioner

## OFFICER'S RETURN

(X) Warrant served by arresting defendant today or on 10-03-2013

( ) _____

Officer's Signature: _____

Officer's Name (Printed):
**Deputy Nicholas Wyatt 626**

Officer's Agency (Printed):
Unicoi County Sheriff's Department

Date: 10-03-2013

### WITNESSES

Summons as a witnesses on the part of the State:
Deputy Andy Slagle 620

Summons as a witnesses on the part of the Defendant:
_____