**EXHIBIT B**

# UNICOI COUNTY SHERIFF DEPARTMENT
## INCIDENT REPORT

| | |
|---|---|
| CASE NUMBER: | 1403002402 |
| State Control Number: | 0860000011523 |
| Original: ☒ | Supplement: ☐ |

REPORTING OFFICER: Dep. Joshua D. Bailey    ID# 615    ORI: TNO860000

**REPORT TYPE:** ☒ ARREST ☐ OFFENSE ☐ OTHER

ADDRESS OF INCIDENT: 778 Rector Laurel Rd    City: Flag Pond    State: TN    Zone: 3

Date and Time of Incident: 03/27/2014 0910    Arrival Time: 0910    Time of Arrest: 0915

STATUS OF INCIDENT: ☒ Cleared By Arrest ☐ Closed ☐ Cleared Exceptionally ☐ Pending ☐ Active

### Exceptional Clearance Information
☐ Death of Offender    ☐ Victim Refused to Cooperate
☐ Prosecution Declined    ☐ Juvenile No Custody
☐ Extradition Denied    ☒ Not Applicable

Exceptional Clearance Date:

Complainant: Unicoi County Sheriff's Department
Address: 1570 Jackson Love Hwy. Erwin, TN 37650
Phone: 423-743-1850

## VICTIM

Victim's Name: Society / Public
Victim's Address:    Phone:    Work Phone:
D.O.B.:    SSN:    DL#:    State:    Victims Sequence #:
Sex: ☐ Male ☐ Female ☐ Unknown    Race: ☐ Asian ☐ White ☐ Black ☐ Indian ☐ Unknown
Residence Status: ☐ Resident ☐ Non-Resident ☐ Unknown    Occupation:
Domestic Violence: ☐ Yes ☐ No    Was Victim Transported To A Safe Place: ☐ Yes ☐ No    Where?

**Type Of Victim:**
☐ Individual ☐ Government ☐ Law Enforcement Officer
☒ Society/Public ☐ Business ☐ Religious Organization
☐ Financial ☐ Unknown ☐ Other

**Injury Type (Check up to five):**
☐ Broken Bones ☐ Possible Internal Injuries
☒ None ☐ Other Major injuries
☐ Minor injuries ☐ Unconsciousness

## Incident

| Offense | T.C.A. Code | Status Of Offense | Attempted | Completed |
|---|---|---|---|---|
| Capias/ Bench Warrant | | | ☐ | ☒ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

## OFFENDER

Name: Andrew Joseph Puckett    Address: 778 Rector Laurel Rd Flag Pond, TN 37657    Phone: N/A
D.O.B: [redacted]1978    SS#: [redacted]    DL#: [redacted]    Sex: White    Race: Male    Arrested: ☒ Yes ☐ No
Eyes: Blue    Hair: Brown    Weight: 145 Lbs    Height: 5'-11"    Scars (other):
Relationship of Victim to Offender:
Offender Suspected of Using (X all that apply): ☐ Alcohol ☐ Drugs ☐ Computer Equipment ☐ Other

## VEHICLE IDENTIFYING INFORMATION

| License No. | State | Style | VIN: |
|---|---|---|---|
| Make | Model | Year | Color |

## DRUG INFORMATION

| Suspected Drug Type | Estimated Quantity | Type / Measurement | Other Information |
|---|---|---|---|
| Drug 1- | | | |
| Drug 2- | | | |

| Weapon | Description | Serial # | Caliber | Make | Type |
|---|---|---|---|---|---|
| | | | | | |

| Property | Description | | Serial # | Total Value (est) |
|---|---|---|---|---|
| | 1. | | | |
| | 2. | | | |
| | 3. | | | |

## WITNESSES

| Name: | D.O.B. | Address | |
|---|---|---|---|
| Occupation | | Home Phone | Work Phone |
| Name | D.O.B. | Address | |
| Occupation | | Home Phone | Work Phone |

SEE COPY OF ATTACHED WARRANT

NON-PROSECUTION- I HAVE BEEN ADVISED OF THE EVIDENCE AND CIRCUMSTANCES OF THIS CASE AND AT THIS TIME DO NOT WISH tO PRESS CHARGES AGAINST THE OFFENDER(s)

VICTIM: _____  WITNESS: _____

WITNESS: _____  DATE / TIME: _____

THE INFORMATION CONTAINED IN THIS INCIDENT REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IT IS A VIOLATION OF T.C.A. CODE 39-16-502 TO PROVIDE FALSE INFORMATION TO AN OFFICER AND THAT I MAY BE PROSECUTED FOR DOING SO.

_____  _____
COMPLAINANT / VICTIM           DATE / TIME

*[signature]* 615            *[signature]* 613
Reporting officer   ID Number   Approving Supervisor   ID Number

| Case Assigned to: | Assigning Authority: |
|---|---|

| ☐ General Sessions Court<br>☐ Criminal Court<br>Unicoi County<br>Erwin, Tennessee | ORIGINAL<br>CAPIAS / BENCH<br>WARRANT<br>Return To Clerk | Case Number<br>75098 |
|---|---|---|

State of Tennessee
vs.
Defendant(s) Andrew Joseph Puckett
Address 778 Rector Laurel Road Flag Pond, TN. 37657
SS #, Phone # ▓▓▓▓ 1978 ▓▓▓▓

Bond Amount: No Bond

Initial Appearance Date: 3-20-14

---

To Any Lawful Officer of Said County:

You are commanded to take the body of Andrew Joseph Puckett

if to be found in your County, and keep him/her safely, so that you have him/her before the Judge of ☑ General Sessions Court ☐ Criminal Court

for the County of Unicoi, at the courthouse in the town of Erwin, instanter, and then and there to answer to the charge(s) of: §
FTA on JDSL, INS

Issued: 3-21-14                 _____
                                Judge/Clerk/Deputy Clerk

OFFICER'S RETURN: Came by hand this date and executed by:

☑ I Hereby Certify and Return that on the Below Date I Executed this Warrant by the Arrest of:
Andrew Joseph Puckett

☐ Not to be found: _____

Date 3/27/14        By: _____
                        Officer, Title

Rev. 5/03

RECEIVED
MAR 2 5 2014
BY: TP

Cert. Copy is in south Box