**EXHIBIT C**

# UNICOI COUNTY SHERIFF DEPARTMENT
## INCIDENT REPORT

CASE NUMBER: 1503002355

State Control Number: 860000012962

Original ☒   Supplement ☐

REPORTING OFFICER: Sgt Erik Borchgrevink    ID# 612

ORI: TNO860000

| REPORTTYPE | ADDRESS OF INCIDENT: 779 Rector Laurel Rd. | City: Flag Pond | State: TN | Zone: 3 |
|---|---|---|---|---|

| | |
|---|---|
| ☒ ARREST | Date and Time of Incident: 29 May 2015    1000 Hrs.    Arrival Time: 1025 Hrs.    Time of Arrest 1046 Hrs. |
| ☐ OFFENSE | |
| ☐ OTHER | STATUS OF INCIDENT: ☒ Cleared By Arrest ☐ Closed ☐ Cleared Exceptionally ☐ Pending ☐ Active |

### Exceptional Clearance Information

☐ Death of Offender      ☐ Victim Refused to Cooperate

☐ Prosecution Declined   ☐ Juvenile No Custody

☐ Extradition Denied     ☒ Not Applicable

Exceptional Clearance Date:

Complainant: Jerry Puckett

Address: 779 Rector Laurel Rd.   Flagpond   TN

Phone: 423-388-5611

## VICTIM

Victim's Name: Jerry Puckett

| Victim's Address: 779 Rector Laurel Rd.   Flagpond   TN | Phone: 423-388-5611 | Work Phone: N/A |
|---|---|---|

| D.O.B. ▮▮▮ | SSN ▮▮▮ | DL# ▮▮▮ | State: TN | Victims Sequence # |
|---|---|---|---|---|

Sex: ☒ Male ☐ Female ☐ Unknown    Race: ☐ Asian ☒ White ☐ Black ☐ Indian ☐ Unknown

Residence Status: ☒ Resident ☐ Non-Resident ☐ Unknown   Occupation: N/A

Domestic Violence: ☒ Yes ☐ No   Was Victim Transported To A Safe Place ☐ Yes ☒ No   Where? Stayed at residence

| Type Of Victim | Injury Type (Check up to five) |
|---|---|
| ☒ Individual   ☐ Government ☐ Law Enforcement Officer | ☐ Broken Bones    ☐ Possible Internal Injuries |
| ☐ Society/Public ☐ Business   ☐ Religious Organization | ☒ None    ☐ Other Major injuries |
| ☐ Financial   ☐ Unknown ☐ Other | ☐ Minor injuries    ☐ Unconsciousness |

## OFFENSE

| Offense Domestic Aggravated Assault | T.C.A. Code 39-13-102 | Status Of Offense | ☐ Attempted | ☒ Completed |
|---|---|---|---|---|
| Offense | T.C.A. Code | Status Of Offense | ☐ Attempted | ☐ Completed |
| Offense | T.C.A. Code | Status Of Offense | ☐ Attempted | ☐ Completed |

## OFFENDER

| Name: Andrew Puckett | Address: 778 Rector Laurel Rd.   Flagpond   TN | Phone: N/A |
|---|---|---|

| D.O.B ▮▮▮ | SS# ▮▮▮ | DL# ▮▮▮ | Sex Male | Race White | Arrested: ☒ Yes ☐ No |
|---|---|---|---|---|---|

Eyes: Blue   Hair Brown   Weight 135 lbs.   Height 5'10"   Scars (other) See Intake

Relationship of Victim to Offender: Brother

Offender Suspected of Using (X all that apply) ☐ Alcohol ☐ Drugs ☐ Computer Equipment ☐ Other _____

## VEHICLE IDENTIFYING INFORMATION

| License No. | State | Style | VIN: |
|---|---|---|---|
| Make | Model | Year | Color |

## DRUG INFORMATION

| Suspected Drug Type | Estimated Quantity | Type / Measurement | Other Information |
|---|---|---|---|
| Drug 1- _____ | | | |
| Drug 2- _____ | | | |

| Weapon | Description | Serial # | Caliber | Make | Type | |
|---|---|---|---|---|---|---|
| Hammer | Wooden Hammer | N/A | N/A | N/A | N/A | |

| Property | Description | Serial # | Total Value (est) |
|---|---|---|---|
| | 1. _____ | | |
| | 2. _____ | | |
| | 3. _____ | | |

## *WITNESSES*

| Name: | | D.O.B. | | Address | |
|---|---|---|---|---|---|
| Occupation | | | Home Phone | | Work Phone |
| Name | | D.O.B. | | Address | |
| Occupation | | | Home Phone | | Work Phone |

### See Attached Warrant

NON-PROSECUTION- I HAVE BEEN ADVISED OF THE EVIDENCE AND CIRCUMSTANCES OF THIS CASE AND AT THIS TIME DO NOT WISH TO PRESS CHARGES AGAINST THE OFFENDER(s)

VICTIM:_____     WITNESS:_____

WITNESS:_____     DATE / TIME:_____

THE INFORMATION CONTAINED IN THIS INCIDENT REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IT IS A VIOLATION OF T.C.A. CODE 39-16-502 TO PROVIDE FALSE INFORMATION TO AN OFFICER AND THAT I MAY BE PROSECUTED FOR DOING SO.

| COMPLAINANT / VICTIM | | DATE / TIME |
|---|---|---|
| Sgt Erik Borchgrevink | 612 | |
| Sgt Erik Borchgrevink | 612 | |
| Reporting officer | ID Number | Approving Supervisor          ID Number |

| Case Assigned to: | Assigning Authority: |
|---|---|

# GENERAL SESSIONS COURT OF UNICOI COUNTY TENNESSEE

State of Tennessee vs. **Andrew Puckett**          Case # **1505002335**

## AFFIDAVIT OF COMPLAINT

I, the affiant named below, after being sworn, state under oath that on or about ___Friday___ ___May 29___, ___2015___

in Unicoi County, Tennessee, ___Andrew Puckett___ committed the offense(s) of

violation(s) of T.C.A. § ___Domestic Aggravated Assault   39-13-102___ I further state under oath

that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On 29 May 2015 at approximately 1004 Hrs. Deputies were dispatched to 779 Rector Laurel Rd. in reference to someone threatening people with a hammer. Upon our arrival, we spoke to Mr. Jerry Puckett and he stated that his brother was off his medicine and that they had gotten into an argument when Mr. Adndrew Puckett went and picked up a hammer and started threatening to do bodily injury to Jerry. Mr. Jerry Puckett was in fear that he would be seriously injured by his brother and he went into his residence and called 911. Mr. Andrew Puckett became more belegerent and started making threats to do damage to Jerry's property. Mr. Andrew Puckett then went walking up the road still yelling threats and still armed with said hammer. Deputies found Mr. Andrew Puckett walking down the road and stopped and asked him what was going on and he stated that he did have a hammer earlier and was making threats against his brother. Mr. Puckett was belegerent and was talking out of his head. At that time Mr. Andrew Puckett was taken into custody for his safety and the safety of others and was transported to the Unicoi County Jail.

Affiant's Signature: _Sgt Erik Borchgrevink 612_

Name (Printed): ___Sgt Erik Borchgrevink   612___

Address (Printed): ___1570 Jackson Love Highway, Erwin, TN 37650___

Phone Number: ___(423) 743-1850___

Sworn to and subscribed before me on

_____ 20___

Judge/Clerk. Judicial Commissioner

## PROBABLE CAUSE DETERMINATION

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Unicoi County,

Tennessee the defendant committed the offense(s) of violation(s) of TCA § ___39-13-102___

( X ) Defendant given citation or arrested without warrant ( ) Arrest warrant shall issue ( ) Criminal Summons shall issue

Date ___29 May 2015___          Judge/Clerk/Judicial Commissioner _____

# ARREST WARRANT

Case #  150500235

State Control No. :

## GENERAL SESSIONS COURT OF
### UNICOI COUNTY, TENNESSEE
## STATE OF TENNESSEE

vs.

### Andrew Puckett
Defendant

**CHARGES**

A. Domestic Aggravated Assault    39-13-102

B.

C.

D.

E.

Attorney for Defendant

Court Date  Thursday    June    4th    2015

| | | | |
|---|---|---|---|
| State, Deft. to | | at 0900 | (AM) PM |
| State, Deft. to | | at | AM PM |
| State, Deft. to | | at | AM PM |
| State, Deft. to | | at | AM\ PM |
| State, Deft. to | | at | AM\ PM |

## INFORMATION ABOUT THE DEFENDANT

Name:  Andrew Puckett

Address:  788 Rector Laurel Rd.  Flagpond  TN

Phone #:              Cell #:

Social Security No.:  N/A        D.L. #:  N/A

Wt.:  135 lbs.  Hair:  Brown    Eyes:  Blue

Race:  White        Ht.:  5'10"

DOB:                Sex:  Male

Place of Employment: N/A

May be Found at: N/A

---

## TO THE DEFENDANT

[X] Based on the affidavit of complaint filed in this case, there is probable cause to believe that you have committed the offense(s) of violation(s) of T.C.A. §  39-13-102

( )

( ) Defendant has failed to appear in court or to report to jail when required to do so.

## TO ANY LAWFUL OFFICER:

You are therefore commanded in the name of the State of Tennessee to immediately ARREST the defendant named above and bring the defendant to this court to answer the charges.

Bail is set at $

Conditions of Bond

Date:

Judge/Clerk/Judicial Commissioner

---

## OFFICER'S RETURN

( X ) Warrant served by arresting defendant today or on 29 May 2015

( )

Officer's Signature:  Sgt Erik Borchgrevink 612

Officer's Name (Printed):  **Sgt Erik Borchgrevink  612**

Officer's Agency (Printed):  Unicoi County Sheriff's Department

Date:  29 May 2015

### WITNESSES

Summons as a witnesses on the part of the State:
Deputy Thomas Whaley  614

Summons as a witnesses on the part of the Defendant: