**EXHIBIT F**

# UNICOI COUNTY SHERIFF DEPARTMENT
## INCIDENT REPORT

CASE NUMBER: 1612001430
State Control Number: 860000
Original ☒  Supplement ☐
ORI: TNO860000

REPORTING OFFICER: Deputy Nicholas Wyatt  ID# 620

| REPORTTYPE | | | | |
|---|---|---|---|---|
| ☐ ARREST | ADDRESS OF INCIDENT: 779 Rector Laurel Rd. | City: Flag Pond | State: TN | Zone: 3 |
| ☒ OFFENSE | Date and Time of Incident: 12-17-16 1927 | Arrival Time: 2000 | Time of Arrest | |
| ☐ OTHER | STATUS OF INCIDENT: ☐ Cleared By Arrest ☒ Closed ☐ Cleared Exceptionally ☐ Pending ☐ Active | | | |

**Exceptional Clearance Information**
- ☐ Death of Offender
- ☐ Victim Refused to Cooperate
- ☐ Prosecution Declined
- ☐ Juvenile No Custody
- ☐ Extradition Denied
- ☒ Not Applicable

Exceptional Clearance Date:
Complainant: Same as Victim.
Address:
Phone:

## VICTIM

Victim's Name: Gerald Tipton
Victim's Address: 147 Masters St. Erwin, TN. 37650
Phone: (423)270-9669  Work Phone:
D.O.B. [redacted]  SSN [redacted]  DL# [redacted]  State: TN  Victims Sequence # 1
Sex: ☐ Male ☒ Female ☐ Unknown  Race: ☐ Asian ☐ White ☐ Black ☐ Indian ☐ Unknown
Residence Status: ☒ Resident ☐ Non-Resident ☐ Unknown  Occupation:
Domestic Violence: ☐ Yes ☒ No  Was Victim Transported To A Safe Place ☐ Yes ☐ No  Where?

**Type Of Victim**
- ☒ Individual
- ☐ Government
- ☐ Law Enforcement Officer
- ☐ Society/Public
- ☐ Business
- ☐ Religious Organization
- ☐ Financial
- ☐ Unknown
- ☐ Other

**Injury Type (Check up to five)**
- ☐ Broken Bones
- ☐ Possible Internal Injuries
- ☒ None
- ☐ Other Major injuries
- ☐ Minor injuries
- ☐ Unconsciousness

## OFFENSE

| Offense | T.C.A. Code | Status Of Offense | Attempted | Completed |
|---|---|---|---|---|
| Vandalism | 39-14-408 | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

## OFFENDER

Name: Andrew Puckett  Address: 779 Rector Larel Rd. Flag Pond, TN. 37651  Phone: N/A
D.O.B [redacted]  SS# [redacted]  DL# [redacted]  Sex: Male  Race: White  Arrested: ☐ Yes ☒ No
Eyes: Blue  Hair: Brown  Weight: 140  Height: 5-8  Scars (other):
Relationship of Victim to Offender: N/A

Offender Suspected of Using (X all that apply)  ☐ Alcohol  ☐ Drugs  ☐ Computer Equipment  ☐ Other

### VEHICLE IDENTIFYING INFORMATION

License No. 8B0-5Z2  State TN  Style 4-Door  VIN: JF2BC63C4LH642267
Make Subaru  Model Legacy  Year 1990  Color Blue

### DRUG INFORMATION

| Suspected Drug Type | Estimated Quantity | Type / Measurement | Other Information |
|---|---|---|---|
| Drug 1- | | | |
| Drug 2- | | | |

| Weapon | Description | Serial # | Caliber | Make | Type |
|---|---|---|---|---|---|
| | | | | | |

| Property | Description | | Serial # | Total Value (est) |
|---|---|---|---|---|
| | 1. | | | |
| | 2. | | | |
| | 3. | | | |

## WITNESSES

| Name: James Tipton | D.O.B. ▮ | Address 147 Masters St. Erwin, TN. 37650 | |
|---|---|---|---|
| Occupation | | Home Phone (423)270-9669 | Work Phone |
| Name | D.O.B. | Address | |
| Occupation | | Home Phone | Work Phone |

On 17 December 2016, I was dispatched to 109 Thunder Creek Rd. in regards to a request to speak to an officer. Upon arrival and speaking with the victim she advised that while traveling on Rector Laurel Rd. Andrew Puckett was next to the road and threw rocks at her car. She advised the rocks hit her car, there was damage to the vehicle. Scratches on the driver door. The victim said it was Mr. Puckett because she saw him and positively identified Mr. Puckett as the offender. The victim did give a written statement. Mr. Puckett was charged via citation 6641 for vandalism.

NON-PROSECUTION- I HAVE BEEN ADVISED OF THE EVIDENCE AND CIRCUMSTANCES OF THIS CASE AND AT THIS TIME DO NOT WISH tO PRESS CHARGES AGAINST THE OFFENDER(s)

VICTIM:_____  WITNESS:_____

WITNESS:_____  DATE / TIME:_____

THE INFORMATION CONTAINED IN THIS INCIDENT REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IT IS A VIOLATION OF T.C.A. CODE 39-16-502 TO PROVIDE FALSE INFORMATION TO AN OFFICER AND THAT I MAY BE PROSECUTED FOR DOING SO.

signature on file
_____
COMPLAINANT / VICTIM                                    DATE / TIME

*Dep. D. Luff*  620                  *Cpl [signature]*  616
Reporting officer  ID Number         Approving Supervisor  ID Number

Case Assigned to:                    Assigning Authority:

| | Unicoi County Sheriff's Department | | | | | |
|---|---|---|---|---|---|---|
| | STATEMENT | Agency ID TN 86000 | Year 16 | Month 12 | Day 17 | Time |
| Name: Gerald Tipton | Sex: F | Race: W | D.O.B: ■■■ | Address: 147 Mastess St. | | |
| Date/Time: 12-17-16 | Location Given: | | | To Whom Given: | | |

I was coming down Rector Laurel when I was approaches Andy's house I always look to see if he is next to road he was hunkered down next to road I knew him from where I had saw him before I saw him pick up roads and he threw them at me. I pulled on down turned around + went to parents and called Sheriffs dept.

This Statement is true + accurate to best of my knowledge

Drene Tipton

Page___ Of ___

# UNICOI COUNTY SHERIFF DEPARTMENT
# INCIDENT REPORT

CASE NUMBER: 16 1200 1420
State Control Number: 860000
Original: [X]  Supplement: [ ]

REPORTING OFFICER: Dep. N. Wyatt  ID# 620  ORI: TNO860000

ADDRESS OF INCIDENT: Rector Laurel Rd.  City: Flag Pond  State: TN  Zone: 7

Date and Time of Incident: 12-17-16 1927  Arrival Time: 2000  Time of Arrest: N/A

**REPORT TYPE:**
- [ ] ARREST
- [X] OFFENSE
- [ ] OTHER

**STATUS OF INCIDENT:** [ ] Cleared By Arrest  [X] Closed  [ ] Cleared Exceptionally  [ ] Pending  [ ] Active

### Exceptional Clearance Information
- [ ] Death of Offender
- [ ] Victim Refused to Cooperate
- [ ] Prosecution Declined
- [ ] Juvenile No Custody
- [ ] Extradition Denied
- [X] Not Applicable

Exceptional Clearance Date:
Complainant: Same as victim
Address:
Phone:

## VICTIM

Victim's Name: Gerald Tipton
Victim's Address: 147 Masters St. Erwin, TN 37650  Phone: 270-9669  Work Phone:
D.O.B: [redacted]  SSN: [redacted]  DL#: [redacted]  State: TN  Victims Sequence #: 1

Sex: [ ] Male  [X] Female  [ ] Unknown
Race: [ ] Asian  [X] White  [ ] Black  [ ] Indian  [ ] Unknown

Residence Status: [X] Resident  [ ] Non-Resident  [ ] Unknown  Occupation:

Domestic Violence: [ ] Yes  [X] No   Was Victim Transported To A Safe Place [ ] Yes [ ] No  Where?

### Type Of Victim
- [X] Individual
- [ ] Government
- [ ] Law Enforcement Officer
- [ ] Society/Public
- [ ] Business
- [ ] Religious Organization
- [ ] Financial
- [ ] Unknown
- [ ] Other

### Injury Type (Check up to five)
- [ ] Broken Bones
- [ ] Possible Internal Injuries
- [X] None
- [ ] Other Major injuries
- [ ] Minor injuries
- [ ] Unconsciousness

## OFFENSE

| Offense | T.C.A. Code | Status Of Offense | Attempted | Completed |
|---|---|---|---|---|
| Vandalism | 29-14-408 | | [ ] | [X] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

## OFFENDER

Name: Andrew Pickett  Address: 77a Rector Laurel Rd.  Phone:
D.O.B: [redacted]  SS#: [redacted]  DL: [redacted]  Sex: M  Race: W  Arrested: [ ] Yes [X] No
Eyes: Blue  Hair: Brown  Weight: 140  Height: 5-8  Scars (other):
Relationship of Victim to Offender:

Offender Suspected of Using (X all that apply): [ ] Alcohol  [ ] Drugs  [ ] Computer Equipment  [ ] Other

### VEHICLE IDENTIFYING INFORMATION

License No: 8BO522  State: TN  Style: 4-Door  VIN: JF2BC63C4LH642267
Make: Subaru  Model: Legacy  Year: 1990  Color: Blue

### DRUG INFORMATION

| Suspected Drug Type | Estimated Quantity | Type / Measurement | Other Information |
|---|---|---|---|
| Drug 1- | | | |
| Drug 2- | | | |

| Weapon | Description | Serial # | Caliber | Make | Type |
|--------|-------------|----------|---------|------|------|
|        |             |          |         |      |      |

| Property | Description | Serial # | Total Value (est) |
|----------|-------------|----------|-------------------|
|          | 1.          |          |                   |
|          | 2.          |          |                   |
|          | 3.          |          |                   |

## WITNESSES

| Name: James Tipton | D.O.B. ████ | Address 147 Masters St. |
| Occupation: | | Home Phone 270-9669 | Work Phone |
| Name: | D.O.B. | Address |
| Occupation: | | Home Phone | Work Phone |

On 17 December 2016, I was dispatched to 109 Thunder Creek Rd. in regards to a request to speak to an officer. Upon arrival and speaking with the victim she advised that while traveling on Rector Laurel Rd. Andrew Puckett was next to the road and threw rocks at her car. She advised the rocks hit her car, there was damage to the vehicle. Scratches on the driver door. The victim said it was Mr. Puckett because she saw him and positively identified Mr. Puckett as the offender. The victim did give a written statement. Mr. Puckett was charged via citation 6641 for vandalism.

NON-PROSECUTION- I HAVE BEEN ADVISED OF THE EVIDENCE AND CIRCUMSTANCES OF THIS CASE AND AT THIS TIME DO NOT WISH TO PRESS CHARGES AGAINST THE OFFENDER(s)

VICTIM: _____ WITNESS: _____

WITNESS: _____ DATE / TIME: _____

THE INFORMATION CONTAINED IN THIS INCIDENT REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IT IS A VIOLATION OF T.C.A. CODE 39-16-502 TO PROVIDE FALSE INFORMATION TO AN OFFICER AND THAT I MAY BE PROSECUTED FOR DOING SO.

Dorene Tipton — COMPLAINANT / VICTIM  
12-17-16 — DATE / TIME

D.V. Luff — Reporting officer  
620 — ID Number  
Cpl [signature] — Approving Supervisor  
#6016 — ID Number

Case Assigned to: _____ Assigning Authority: _____

# AFFIDAVIT OF COMPLAINT
## CONTINUATION

County Case No. __1612001430__     Citation Number __6641__

STATE OF TENNESSEE VS: __Andrew Puckett__
                          DEFENDANT

On 17 December 2016, Affiant was dispatched to 109 Thunder Creek Road in regards to someone throwing rocks at a vehicle. Upon arrival and speaking to the victim, Gerald Tipton, she advised that while traveling on Rector Laurel Road the defendant, Andrew Puckett, was crouched alongside the road. The victim continued by stating that when she approached the defendant he grabbed a handle full of rocks and threw that at her car striking the vehicle on the driver's side door leaving scratches. The victim advised she could identify the defendant as Mr. Puckett because she saw him before.

Affiant then left the residence and made contact with the defendant at 779 Rector Laurel Road. When asked about the events that occurred earlier the defendant admitted to officers that he did throw items at the passing vehicle. The defendant was issued a Criminal Summons, citation number 6641, for Vandalism T.C.A. 39-14-408.

Affiant's Signature: _[signature]_

Name (Printed): __Deputy Nicholas Wyatt__

Address (Printed): __1570 Jackson Love Highway__

Phone Number: __423-743-1864__

Sworn to and subscribed before me on _____, 20____

_____ Judge/Clerk/Judicial Commissioner

_____, D.C.

## AFFIDAVIT OF COMPLAINT CONTINUATION

County Case No. 1612001430  Citation Number 6641

**STATE OF TENNESSEE VS:** **Andrew Puckett**
DEFENDANT

On 17 December 2016, Affiant was dispatched to 109 Thunder Creek Road in regards to someone throwing rocks at a vehicle. Upon arrival and speaking to the victim, Gerald Tipton, she advised that while traveling on Rector Laurel Road the defendant, Andrew Puckett, was crouched alongside the road. The victim continued by stating that when she approached the defendant he grabbed a handle full of rocks and threw that at her car striking the vehicle on the driver's side door leaving scratches. The victim advised she could identify the defendant as Mr. Puckett because she saw him before.

Affiant then left the residence and made contact with the defendant at 779 Rector Laurel Road. When asked about the events that occurred earlier the defendant admitted to officers that he did throw items at the passing vehicle. The defendant was issued a Criminal Summons, citation number 6641, for Vandalism T.C.A. 39-14-408.

Affiant's Signature: _[signature]_

Name (Printed): Deputy Nicholas Wyatt

Address (Printed): 1570 Jackson Love Highway

Phone Number: 423-743-1864

Sworn to and subscribed before me on

_____ ,20 _____

Judge/Clerk/Judicial Commissioner

_____ , D.C.

Date: