## GENERAL SESSIONS COURT OF UNICOI COUNTY, TENNESSEE

State of Tennessee vs. Andrew J. Puckett     Case # 1705001016

## AFFIDAVIT OF COMPLAINT

1, the affiant named below, after being sworn, state under oath that on or about May 11th, 2017 Unicoi County, Tennessee, Andrew J. Puckett committed the offense(s) of violation(s) of T.C.A. § 39-14-406 – Aggravated Criminal Trespass. I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believeable and reliable are as follows:

On the aforesaid date Mr. and Mrs. Paul Tipton reported that the defendant entered and remained on the property owned by them at 9 Rector Laurel Rd. Flagpond, Tn, in Unicoi County without their consent. The defendant has been warned in the past by affiant not to be on the said property. The property is clearly posted "NO TRESPASS" the contact with the victim caused them to be in fear of the defendant due to past incident where that the defendant has attempted to break into their residence and where he has vandalized their property in the past. Affiant request that the defendant be summoned to answer the charge of aggravated criminal trespass.

Affiant's Signature: _Jonathan Rogers_
Name (Printed): Jonathan T. "Frank" Rogers, Chief Deputy
Address (Printed): 1570 Jackson Love Hwy. Erwin, TN
Phone Number: 423-743-1850

Sworn to and subscribed before me on
May 11, 20 17
Judge/Clerk, Judicial Commissioner   DC

### PROBABLE CAUSE DETERMINATION

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Unicoi County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-406 – Aggravated Criminal Trespass

( ) Defendant given citation or arrested without warrant    ( ) Arrest warrant shall issue    (✓) Criminal summons shall issue
Date 5-11-17    Judge/Clerk/Judicial Commissioner _Beverly Tinker_ DC

# CRIMINAL SUMMARY

Case# 170500101G.  79315

**GENERAL SESSIONS COURT OF UNICOI COUNTY, TENNESSEE**

STATE OF TENNESSEE

vs.

Andrew J. Puckett
_____ Defendant

## CHARGES

A. Aggravated Criminal Trespass  T.C.A. § 39-14-406 ~ Aggravated Criminal Trespass

B. ( ) _____

C. _____

D. _____

E. _____

## Attorney for Defendant

Court Date  6-15-2017  at  09:00 A.M.  am/pm
State, Deft. to _____ at _____ am/pm
State, Deft. to _____ at _____ am/pm
State, Deft. to _____ at _____ am/pm
State, Deft. to _____ at _____ am/pm

## INFORMATION ABOUT THE DEFENDANT

Name: Andrew J. Puckett
Address: 778 Rector Laurel Rd. Flagpond, TN
DOB: _____  Sex: Male
Race: White  Ht.: 5'8"
Wt.: 140  Hair: Brown  Eyes: BLUE PILLS
Phone: _____  DL#: _____
Place of Employment: _____

May Be Found At: _____

Other: SS# 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

## TO THE DEFENDANT

(X) Based on the affidavit of complaint filed in this case, there is probable cause to believe that you have committed the offense(s) of violation(s) of

T.C.A. § 39-14-406 ~ Aggravated Criminal Trespass

( ) _____

YOU ARE HEREBY SUMMONED TO APPEAR before the General Sessions Court of Unicoi County, Tennessee in Erwin to answer charges on

at  1:00 PM  a.m./p.m.

Date:  06-03-2017

Beverly Tinker o/c
Judge/Clerk/Judicial Commissioner

NOTICE: You are charged with a state criminal offense. This summons has been issued in lieu of an arrest warrant. Your failure to appear in court on the day and time assigned by this summons or the failure to appear for booking and processing as directed by this summons will result in your arrest for separate criminal offenses punishable as provided in T.C.A. §39-16-609 regardless of the disposition of the charge for which you were originally summoned. You are encouraged to consult with an attorney about this summons. The signing and acceptance of this summons by the defendant is not an admission of guilt of the criminal offense charged.

Date: 5-12-17

Defendant: [signature]

## OFFICER'S RETURN

(X) Summons served by delivering a copy of defendant today or on _____

Officer's Signature: [signature]
Officer's Name (Printed): Deputy Joel Ledford 624
Officer's Agency (Printed): Unicoi County Sheriff's Dept.

Date: 5-12-17

## WITNESSES

Summon as witnesses on the part of the State: Fredia and Paul Tipton 779 Rector Laurel Rd. Flagpond

Summon as witnesses on the part of the Defendant: 170500101G