**EXHIBIT H**

# UNICOI COUNTY SHERIFF DEPARTMENT
## INCIDENT REPORT

CASE NUMBER: 1902001011
State Control Number: TN860000018439
Original: ☒  Supplement: ☐

REPORTING OFFICER: Cpl. Andy Slagle    ID# 8632    ORI: TNO860000

**REPORT TYPE**
- ☒ ARREST
- ☐ OFFENSE
- ☐ OTHER

ADDRESS OF INCIDENT: 110 Rocky Bottom Drive    City: Unicoi    State: TN    Zone: 1

Date and Time of Incident: 2/11/19 1441    Arrival Time: 1447    Time of Arrest: 1459

STATUS OF INCIDENT: ☒ Cleared By Arrest  ☐ Closed  ☐ Cleared Exceptionally  ☐ Pending  ☐ Active

### Exceptional Clearance Information
- ☐ Death of Offender
- ☐ Victim Refused to Cooperate
- ☐ Prosecution Declined
- ☐ Juvenile No Custody
- ☐ Extradition Denied
- ☒ Not Applicable

Exceptional Clearance Date:

Complainant: Nancy Annice Puckett (Mother)
Address: 890 Rock Creek Road Apt C11 Erwin, TN 37650
Phone: 423-262-6418

## VICTIM

Victim's Name: Nancy Annice Puckett (Mother)
Victim's Address: 890 Rock Creek Road Apt C11 Erwin, TN 37650
Phone:    Work Phone:

D.O.B. [REDACTED]    SSN On File    DL# [REDACTED]    State: TN    Victims Sequence # 1

Sex: ☐ Male  ☒ Female  ☐ Unknown    Race: ☐ Asian  ☒ White  ☐ Black  ☐ Indian  ☐ Unknown

Residence Status: ☒ Resident  ☐ Non-Resident  ☐ Unknown    Occupation: Retired

Domestic Violence: ☒ Yes  ☐ No    Was Victim Transported To A Safe Place: ☐ Yes  ☒ No    Where?

### Type Of Victim
- ☒ Individual
- ☐ Government
- ☐ Law Enforcement Officer
- ☐ Society/Public
- ☐ Business
- ☐ Religious Organization
- ☐ Financial
- ☐ Unknown
- ☐ Other

### Injury Type (Check up to five)
- ☐ Broken Bones
- ☐ Possible Internal Injuries
- ☐ None
- ☐ Other Major injuries
- ☒ Minor injuries
- ☐ Unconsciousness

## OFFENSE

| Offense | T.C.A. Code | Status Of Offense | Attempted | Completed |
|---|---|---|---|---|
| Domestic Assault | 39-13-111 | | ☐ | ☒ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

## OFFENDER

Name: Andrew Joesph Puckett    Address: 778 Rector Laurel Road Flag Pond Tn 37657    Phone: 423-262-6418

D.O.B [REDACTED]    SS#    DL# [REDACTED] TN    Sex: Male    Race: White    Arrested: ☒ Yes  ☐ No

Eyes: Blue    Hair: Brown    Weight: 160    Height: 508    Scars (other): Multiple Scars

Relationship of Victim to Offender: Son/Mother

Offender Suspected of Using (X all that apply): ☐ Alcohol  ☐ Drugs  ☐ Computer Equipment  ☒ Other: None

### VEHICLE IDENTIFYING INFORMATION

License No. N/A    State:    Style:    VIN:
Make:    Model:    Year:    Color:

### DRUG INFORMATION

| Suspected Drug Type | Estimated Quantity | Type / Measurement | Other Information |
|---|---|---|---|
| Drug 1- N/A | | | |
| Drug 2- | | | |

| Weapon | Description | Serial # | Caliber | Make | Type |
|---|---|---|---|---|---|
| N/A | | | | | |

| Property | Description | | Serial # | Total Value (est) |
|---|---|---|---|---|
| | 1. | | | |
| | 2. | | | |
| N/A | 3. | | | |

## WITNESSES

| Name: Robert Measles | D.O.B. 1/24/69 | Address 110 Rocky Bottom Rd Unicoi, TN |
|---|---|---|
| Occupation Wal-Mart Cashier | Home Phone | Work Phone (423) 743-8180 |
| Name N/A | D.O.B. | Address |
| Occupation | Home Phone | Work Phone |

See attached Warrant


NON-PROSECUTION- I HAVE BEEN ADVISED OF THE EVIDENCE AND CIRCUMSTANCES OF THIS CASE AND AT THIS TIME DO NOT WISH tO PRESS CHARGES AGAINST THE OFFENDER(s)

VICTIM: N/A _____  WITNESS: _____

WITNESS: _____  DATE / TIME: _____

THE INFORMATION CONTAINED IN THIS INCIDENT REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IT IS A VIOLATION OF T.C.A. CODE 39-16-502 TO PROVIDE FALSE INFORMATION TO AN OFFICER AND THAT I MAY BE PROSECUTED FOR DOING SO.

Nancy Annice Puckett (Mother)                            2/11/19 1459
COMPLAINANT / VICTIM                                     DATE / TIME

[signature]                    8632                Sgt. R. Ruffolo 620.        8620
Reporting officer              ID Number           Approving Supervisor        ID Number

Case Assigned to:                                  Assigning Authority:

# GENERAL SESSIONS COURT OF UNICOI COUNTY TENNESSEE

State of Tennessee vs. **Andrew Joesph Puckett**    Case # _____

## AFFIDAVIT OF COMPLAINT

I, the affiant named below, after being sworn, state under oath that on or about __Monday__ __February 11th__, __2019__ in Unicoi County, Tennessee, __Andrew Joesph Puckett__ committed the offense(s) of violation(s) of T.C.A. § __Domestic Assault  TCA  39-13-11__ I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

I was dispatched to Wal-Mart in Unicoi on report of a domestic assault that had occurred inside the store. While en-route I was advised by dispatch that the suspect involved was Andrew Puckett. I made contact outside the store with Mr. Puckett. He advised me that him and his mom was in a argument inside the store over his house and money. He stated he hit his mom in the head during the argument. I made contact with victim, Ms. Nancy Puckett. She stated that he was upset with her over money, and he hit her in the head multiple times. She stated it scared her because he has never hit her before. She had a small mark on right side of her head. Wal-Mart called law enforcement due to the assault. I spoke to cashier who was checking them out and he stated the same story as parties involved. I placed Mr. Puckett into custody and transported him to Unicoi County Jail without further incident. The victim was given a domestic violence packet and bond release notification.

Affiant's Signature: _[signature]_
Name (Printed): Cpl. Andy Slagle
Address (Printed): 1570 Jackson Love Hwy. Erwin Tn. 37650
Phone Number: 423-743-1850

Sworn to and subscribed before me on __Feb 11__, 20__19__
Judge/Clerk/Judicial Commissioner _Jay Harmon_

## PROBABLE CAUSE DETERMINATION

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Unicoi County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § __Domestic Assault  TCA  39-13-11__

(X) Defendant given citation or arrested without warrant  ( ) Arrest warrant shall issue  ( ) Criminal Summons shall issue

Date 2-11-19    Judge/Clerk/Judicial Commissioner _Jay Harmon_

# ARREST WARRANT

Case # _____

State Control No.: 6600018438

## GENERAL SESSIONS COURT OF UNICOI COUNTY, TENNESSEE

## STATE OF TENNESSEE

VS.

**Andrew Joesph Puckett**

Defendant

### CHARGES

A. Domestic Assault
B.
C.
D.
E.

Attorney for Defendant _____

Court Date  Monday  March  11th  2019

| State, Deft. to | at | AM/PM |
| State, Deft. to | at | AM/PM |
| State, Deft. to | at | AM/PM |
| State, Deft. to | at | AM/PM |
| State, Deft. to | at | AM/PM |

### INFORMATION ABOUT THE DEFENDANT

Name: Andrew Joesph Puckett
Address: 778 Rector Laurel Road Flag Pond Tn 37657
DOB: _____  Sex: Male
Race: White  Ht.: 508
Wt.: 165  Hair: Brown  Eyes: Blue
Social Security No.: _____
Phone #: 423-262-6418  Cell #: _____  D.L. #: _____  TN
Place of Employment: unempolyed

May be Found at: _____

## TO THE DEFENDANT

( ) Based on the affidavit of complaint filed in this case, there is probable cause to believe that you have committed the offense(s) of violation(s) of T.C.A. § _39-13-111_

( ) _____

( ) Defendant has failed to appear in court or to report to Jail when required to do so.

( ) _____

### TO ANY LAWFUL OFFICER:

You are therefore commanded in the name of the State of Tennessee to immediately **ARREST** the defendant named above and bring the defendant to this court to answer the charges.

Ball is set at $ $1,000 Corp
Conditions of Bond _____

Date: 2-11-19

_[signature]_
Judge/Clerk/Judicial Commissioner

## OFFICER'S RETURN

( X ) Warrant served by arresting defendant today or on _____

( ) _____

Officer's Signature: _[signature]_
Officer's Name (Printed): **Cpl. Andy Slagle**
Officer's Agency (Printed): Unicoi County Sheriff's Department
Date: 2/11/19

### WITNESSES

Summons as a witnesses on the part of the State:
Robert Measles (Wal-Mart)

Summons as a witnesses on the part of the Defendant:
_____