# IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT GREENVILLE

| | | |
|---|---|---|
| JERRY MICHAEL PUCKETT, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 2:23-cv-00123 |
| UNICOI COUNTY, TENNESSEE, et al.. | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Temporarily Abate Scheduling Order Deadlines [Doc. 62] in which Plaintiffs request a 30-day abatement of all case deadlines to permit the parties time to discuss a new agreed schedule given the recent filing by Plaintiffs of their Third Amended Complaint in this cause. Plaintiffs note that not only does their recent filing add significant additional factual allegations but also adds several new parties as well. The Court finds that Plaintiffs have shown good cause to grant the relief requested. As such, Plaintiffs' motion [Doc. 62] is **GRANTED** and all unexpired deadlines in this matter are hereby abated for 30 days, including Plaintiffs' Expert Disclosure Deadline, currently November 4, 2024, and Defendants' Rebuttal Expert Disclosure Deadline, currently November 15, 2024.

In addition to Plaintiffs' Motion, Defendants Town of Erwin, Tennessee ("Town" or "Erwin"), and Erwin Police Captain Tony Buchanan (collectively, "Erwin Defendants"), and Defendants Unicoi County, Tennessee, Unicoi County Sheriff Michael Hensley, and Unicoi County Chief Deputy Sheriff Jonathan "Frank" Rogers, Unicoi County Detective Ron Arnold, Unicoi County Deputy Chad Ricker, and Unicoi County General Sessions Court Judge R. Mitchell Manuel (collectively, "Unicoi Defendants") have filed a Joint Unopposed Motion for Extension of Time

[Doc. 64] seeking an extension of time within which to file a response to Plaintiff's Third Amended Complaint [Doc. 54]. In support, the Motion states that the requested extension will not delay the case as the Third Amended Complaint added new parties to the action which will likely necessitate an amendment to the scheduling order entered in this cause. Additionally, Defendants advise that they, along with Plaintiffs, anticipate filing a joint motion to amend the scheduling order once all newly added defendants have been served and have entered appearances.

Defendants have demonstrated good cause to extend the deadline for the Erwin Defendants and the Unicoi Defendants to respond to Plaintiffs' Third Amended Complaint. Accordingly, Defendants' Motion [Doc. 64] is **GRANTED**. The Erwin Defendants and the Unicoi Defendants shall have up to and including **December 30, 2024** to file a response to Plaintiffs' Third Amended Complaint.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge