IN THE UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| JERRY MICHAEL PUCKETT, et al. | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:23-cv-00123 |
| UNICOI COUNTY, TENNESSEE, et al., | ) |
| Defendants. | ) |

**ORDER**

Defendants Robert Bullington and Brian Tressler (hereinafter "Defendants") have filed a Motion [Doc. 71] seeking an extension of time to file a response to Plaintiffs' Third Amended Complaint. In support, Defendants state that counsel needs time to investigate matters raised in the Third Amended Complaint which is complicated by the upcoming holidays. Additionally, Defendants note that they were served with process on December 2, 2024. The Court finds that Defendants have demonstrated good cause to extend the deadline to respond to Plaintiffs' Third Amended Complaint. Accordingly, the Motion [Doc. 71] is **GRANTED**. Defendants shall have up to and including **January 10, 2025**, within which to respond to Plaintiffs' Third Amended Complaint.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge