UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JERRY MICHAEL PUCKETT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 2:23-CV-123 |
| | ) | |
| UNICOI COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiffs filed their Unopposed Motion for Leave to File Fourth Amended Complaint. [Doc. 83]. Therein, Plaintiffs have exclusively revised claims asserted against Defendant R. Mitchell Manuel, who does not oppose the Motion. Plaintiffs attached a copy of the proposed amended complaint [Doc. 83-1] to the motion.

Rule 15 of the Federal Rules of Civil Procedure permits the amendment of a pleading within 21 days of service or thereafter with the opposing party's written consent or leave of the court. Leave should be freely granted when justice so requires. Fed. R. Civ. P. 15(a)(2). Motions for leave to amend are routinely granted based on the principle that cases should be tried on the merits rather than procedural technicalities. *Inge v. Rock Fin. Corp.*, 338 F.3d 930, 936 (6th Cir. 2004). A trial court has broad discretion to determine whether leave to amend a pleading should be granted. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Given that Defendant Manuel has consented to Plaintiffs filing their proposed Fourth Amended Complaint and he is the only Defendant to whom Plaintiffs' proposed amendments or revisions apply, and upon reviewing the record in this matter, the Court finds Plaintiffs' Motion to Amend/Revise Complaint [Doc. 83] to be well-taken and it is **GRANTED**. Plaintiffs shall **FILE** their Fourth Amended Complaint on or before **January 21, 2025**.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge