EXHIBIT B

# UNICOI COUNTY SHERIFF DEPARTMENT
## INCIDENT REPORT

**CASE NUMBER:** 1403002402
**State Control Number:** 0860000011523
Original ☒ Supplement ☐

**REPORTING OFFICER:** Dep. Joshua D. Bailey   **ID#** 615   **ORI:** TNO860000

| REPORT TYPE | | | | |
|---|---|---|---|---|
| ☒ ARREST | ADDRESS OF INCIDENT: 778 Rector Laurel Rd | City: Flag Pond | State: TN | Zone: 3 |
| ☐ OFFENSE | Date and Time of Incident: 03/27/2014 0910 | Arrival Time: 0910 | Time of Arrest 0915 | |
| ☐ OTHER | STATUS OF INCIDENT: ☒ Cleared By Arrest ☐ Closed ☐ Cleared Exceptionally ☐ Pending ☐ Active | | | |

**Exceptional Clearance Information**
- ☐ Death of Offender
- ☐ Victim Refused to Cooperate
- ☐ Prosecution Declined
- ☐ Juvenile No Custody
- ☐ Extradition Denied
- ☒ Not Applicable

**Exceptional Clearance Date:**

**Complainant:** Unicoi County Sheriff's Department
**Address:** 1570 Jackson Love Hwy. Erwin, TN 37650
**Phone:** 423-743-1850

## VICTIM

**Victim's Name:** Society / Public
**Victim's Address:**   **Phone:**   **Work Phone:**
**D.O.B.**   **SSN**   **DL#**   **State:**   **Victims Sequence #**
**Sex:** ☐ Male ☐ Female ☐ Unknown   **Race:** ☐ Asian ☐ White ☐ Black ☐ Indian ☐ Unknown
**Residence Status:** ☐ Resident ☐ Non-Resident ☐ Unknown   **Occupation:**
**Domestic Violence:** ☐ Yes ☐ No   Was Victim Transported To A Safe Place ☐ Yes ☐ No   Where?

**Type Of Victim**
- ☐ Individual
- ☐ Government
- ☐ Law Enforcement Officer
- ☒ Society/Public
- ☐ Business
- ☐ Religious Organization
- ☐ Financial
- ☐ Unknown
- ☐ Other

**Injury Type (Check up to five)**
- ☐ Broken Bones
- ☐ Possible Internal Injuries
- ☒ None
- ☐ Other Major injuries
- ☐ Minor injuries
- ☐ Unconsciousness

## Incident

| | T.C.A. Code | Status Of Offense | Attempted | Completed |
|---|---|---|---|---|
| Offense Capias/ Bench Warrant | | | ☐ | ☒ |
| Offense | | | ☐ | ☐ |
| Offense | | | ☐ | ☐ |

## OFFENDER

**Name:** Andrew Joseph Puckett   **Address:** 778 Rector Laurel Rd Flag Pond, TN 37657   **Phone:** N/A
**D.O.B** ▮▮▮1978   **SS#** ▮▮▮   **DL#** ▮▮▮   **Sex** White   **Race** Male   **Arrested:** ☒ Yes ☐ No
**Eyes:** Blue   **Hair** Brown   **Weight** 145 Lbs   **Height** 5'-11"   **Scars (other)**
**Relationship of Victim to Offender:**

**Offender Suspected of Using (X all that apply):** ☐ Alcohol ☐ Drugs ☐ Computer Equipment ☐ Other

## VEHICLE IDENTIFYING INFORMATION

| License No. | State | Style | VIN: |
|---|---|---|---|
| Make | Model | Year | Color |

## DRUG INFORMATION

| Suspected Drug Type | Estimated Quantity | Type / Measurement | Other Information |
|---|---|---|---|
| rug 1- | | | |
| rug 2- | | | |

| Weapon | Description | Serial # | Caliber | Make | Type |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Property | Description | Serial # | Total Value (est) |
|---|---|---|---|
|  | 1. |  |  |
|  | 2. |  |  |
|  | 3. |  |  |

## WITNESSES

| Name: | D.O.B. | Address | |
|---|---|---|---|
| Occupation | | Home Phone | Work Phone |
| Name | D.O.B. | Address | |
| Occupation | | Home Phone | Work Phone |

SEE COPY OF ATTACHED WARRANT

NON-PROSECUTION- I HAVE BEEN ADVISED OF THE EVIDENCE AND CIRCUMSTANCES OF THIS CASE AND AT THIS TIME DO NOT WISH tO PRESS CHARGES AGAINST THE OFFENDER(s)

VICTIM:_____   WITNESS:_____

WITNESS:_____   DATE / TIME:_____

THE INFORMATION CONTAINED IN THIS INCIDENT REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IT IS A VIOLATION OF T.C.A. CODE 39-16-502 TO PROVIDE FALSE INFORMATION TO AN OFFICER AND THAT I MAY BE PROSECUTED FOR DOING SO.

_____   _____
COMPLAINANT / VICTIM                              DATE / TIME

*[signature]*   615        *[signature] Sgt. H. Reams*   613
Reporting officer   ID Number        Approving Supervisor   ID Number

Case Assigned to:                    Assigning Authority:

| ☐ General Sessions Court ☐ Criminal Court  Unicoi County  Erwin, Tennessee | ORIGINAL CAPIAS / BENCH WARRANT Return To Clerk | Case Number 75098 |
|---|---|---|

State of Tennessee vs.
Defendant(s): Andrew Joseph Puckett
Address: 778 Rector Laurel Road Flag Pond, TN. 37657
SS #, Phone #: [redacted] 1978 [redacted]

Bond Amount: No Bond

Initial Appearance Date: 3-20-14

---

To Any Lawful Officer of Said County:

You are commanded to take the body of Andrew Joseph Puckett if to be found in your County, and keep him/her safely, so that you have him/her before the Judge of ☒ General Sessions Court ☐ Criminal Court for the County of Unicoi, at the courthouse in the town of Erwin, instanter, and then and there to answer to the charge(s) of: § _____

FTA on DOSL, INS

Issued: 3-21-14

[signature] Judge/Clerk/Deputy Clerk

OFFICER'S RETURN: Came by hand this date and executed by:

☒ I Hereby Certify and Return that on the Below Date I Executed this Warrant by the Arrest of:
Andrew Joseph Puckett

☐ Not to be found: _____

Date 3/27/14    By [signature] 615
                     Officer, Title

Rev. 5/03

RECEIVED MAR 25 2014 BY: TP

Cert. Copy is in South Box