**EXHIBIT C**

# UNICOI COUNTY SHERIFF DEPARTMENT
## INCIDENT REPORT

CASE NUMBER: 1503002335
State Control Number: 860000012962

Original ☒  Supplement ☐

REPORTING OFFICER: Sgt Erik Borchgrevink    ID# 612    ORI: TNO860000

ADDRESS OF INCIDENT: 779 Rector Laurel Rd.    City: Flag Pond    State: TN    Zone: 3

| REPORTTYPE | | |
|---|---|---|
| ☒ ARREST | Date and Time of Incident: 29 May 2015   1000 Hrs. | Arrival Time: 1025 Hrs.   Time of Arrest 1046 Hrs. |
| ☐ OFFENSE | | |
| ☐ OTHER | STATUS OF INCIDENT: ☒ Cleared By Arrest ☐ Closed ☐ Cleared Exceptionally ☐ Pending ☐ Active | |

**Exceptional Clearance Information**

☐ Death of Offender    ☐ Victim Refused to Cooperate

☐ Prosecution Declined    ☐ Juvenile No Custody

☐ Extradition Denied    ☒ Not Applicable

Exceptional Clearance Date:

Complainant: Jerry Puckett

Address: 779 Rector Laurel Rd.   Flagpond   TN    Phone: 423-388-5611

## VICTIM

Victim's Name: Jerry Puckett

Victim's Address: 779 Rector Laurel Rd.   Flagpond   TN    Phone: 423-388-5611    Work Phone: N/A

D.O.B. ███    SSN ███    DL# ███    State: TN    Victims Sequence #

Sex: ☒ Male ☐ Female ☐ Unknown    Race: ☐ Asian ☒ White ☐ Black ☐ Indian ☐ Unknown

Residence Status: ☒ Resident ☐ Non-Resident ☐ Unknown    Occupation: N/A

Domestic Violence: ☒ Yes ☐ No    Was Victim Transported To A Safe Place ☐ Yes ☒ No    Where? Stayed at residence

| Type Of Victim | Injury Type (Check up to five) |
|---|---|
| ☒ Individual  ☐ Government ☐ Law Enforcement Officer | ☐ Broken Bones  ☐ Possible Internal Injuries |
| ☐ Society/Public ☐ Business ☐ Religious Organization | ☒ None  ☐ Other Major injuries |
| ☐ Financial ☐ Unknown ☐ Other | ☐ Minor injuries  ☐ Unconsciousness |

## OFFENSE

| Offense Domestic Aggravated Assault | T.C.A. Code 39-13-102 | Status Of Offense | ☐ Attempted | ☒ Completed |
|---|---|---|---|---|
| Offense | T.C.A. Code | Status Of Offense | ☐ Attempted | ☐ Completed |
| Offense | T.C.A. Code | Status Of Offense | ☐ Attempted | ☐ Completed |

## OFFENDER

Name: Andrew Puckett    Address: 778 Rector Laurel Rd.  Flagpond  TN    Phone: N/A

D.O.B ███    SS# ███    DL# ███    Sex Male  Race White    Arrested: ☒ Yes ☐ No

Eyes: Blue    Hair Brown    Weight 135 lbs.    Height 5'10"    Scars (other) See Intake

Relationship of Victim to Offender: Brother

Offender Suspected of Using (X all that apply)  ☐ Alcohol  ☐ Drugs  ☐ Computer Equipment  ☐ Other _____

## VEHICLE IDENTIFYING INFORMATION

| License No. | State | Style | VIN: | |
|---|---|---|---|---|
| Make | | Model | Year | Color |

## DRUG INFORMATION

| Suspected Drug Type | Estimated Quantity | Type / Measurement | Other Information |
|---|---|---|---|
| Drug 1- _____ | | | |
| Drug 2- _____ | | | |

| Weapon | Description | Serial # | Caliber | Make | Type | |
|---|---|---|---|---|---|---|
| Hammer | Wooden Hammer | N/A | N/A | N/A | N/A | |

| Property | Description | Serial # | Total Value (est) |
|---|---|---|---|
| | 1. _____ | | |
| | 2. _____ | | |
| | 3. _____ | | |

## WITNESSES

| Name: | D.O.B. | Address | |
|---|---|---|---|
| Occupation | | Home Phone | Work Phone |
| Name | D.O.B. | Address | |
| Occupation | | Home Phone | Work Phone |

### See Attached Warrant

NON-PROSECUTION- I HAVE BEEN ADVISED OF THE EVIDENCE AND CIRCUMSTANCES OF THIS CASE AND AT THIS TIME DO NOT WISH tO PRESS CHARGES AGAINST THE OFFENDER(s)

VICTIM:_____ WITNESS:_____

WITNESS:_____ DATE / TIME:_____

THE INFORMATION CONTAINED IN THIS INCIDENT REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IT IS A VIOLATION OF T.C.A. CODE 39-16-502 TO PROVIDE FALSE INFORMATION TO AN OFFICER AND THAT I MAY BE PROSECUTED FOR DOING SO.

| COMPLAINANT / VICTIM | | DATE / TIME | |
|---|---|---|---|
| Sgt Erik Borchgrevink | 612 | | |
| Reporting officer | ID Number | Approving Supervisor | ID Number |

| Case Assigned to: | Assigning Authority: |
|---|---|

# GENERAL SESSIONS COURT OF UNICOI COUNTY TENNESSEE

State of Tennessee vs. _____ **Andrew Puckett** _____ Case # **1505002335**

## AFFIDAVIT OF COMPLAINT

I, the affiant named below, after being sworn, state under oath that on or about _____ Friday _____ May 29 _____, 2015

in Unicoi County, Tennessee, _____ Andrew Puckett _____ committed the offense(s) of

violation(s) of T.C.A. § _____ Domestic Aggravated Assault    39-13-102 _____ I further state under oath

that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On 29 May 2015 at approximately 1004 Hrs. Deputies were dispatched to 779 Rector Laurel Rd. in reference to someone threatening people with a hammer. Upon our arrival, we spoke to Mr. Jerry Puckett and he stated that his brother was off his medicine and that they had gotten into an argument when Mr. Adndrew Puckett went and picked up a hammer and started threatening to do bodily injury to Jerry. Mr. Jerry Puckett was in fear that he would be seriously injured by his brother and he went into his residence and called 911. Mr. Andrew Puckett became more belegerent and started making threats to do damage to Jerry's property. Mr. Andrew Puckett then went walking up the road still yelling threats and still armed with said hammer. Deputies found Mr. Andrew Puckett walking down the road and stopped and asked him what was going on and he stated that he did have a hammer earlier and was making threats against his brother. Mr. Puckett was belegerent and was talking out of his head. At that time Mr. Andrew Puckett was taken into custody for his safety and the safety of others and was transported to the Unicoi County Jail.

Affiant's Signature: _Sgt Erik Borchgrevink 612_

Name (Printed): _____ Sgt Erik Borchgrevink   612

Address (Printed): _1570 Jackson Love Highway, Erwin, TN 37650_

Phone Number: _____ (423) 743-1850

Sworn to and subscribed before me on

_____ 20____

Judge/Clerk. Judicial Commissioner

## PROBABLE CAUSE DETERMINATION

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Unicoi County,

Tennessee the defendant committed the offense(s) of violation(s) of TCA § _____ 39-13-102

( X ) Defendant given citation or arrested without warrant ( ) Arrest warrant shall issue ( ) Criminal Summons shall issue

Date _29 May 2015_ _____ Judge/Clerk/Judicial Commissioner _____

# ARREST WARRANT

**Case #** 150500235

State Control No.:

## GENERAL SESSIONS COURT OF
### UNICOI COUNTY, TENNESSEE
### STATE OF TENNESSEE
vs.

**Andrew Puckett**

Defendant

### CHARGES

A. Domestic Aggravated Assault    39-13-102

B.

C.

D.

E.

Attorney for Defendant

| Court Date Thursday | June | 4th | 2015 |

| | | | |
|---|---|---|---|
| State, Deft. to | at 0900 | AM PM |
| State, Deft. to | at | AM PM |
| State, Deft. to | at | AM PM |
| State, Deft. to | at | AM PM |
| State, Deft. to | at | AM PM |

## INFORMATION ABOUT THE DEFENDANT

Name: Andrew Puckett

Address: 788 Rector Laurel Rd.   Flagpond   TN

DOB: _____   Sex: Male

Race: White   Ht.: 5'10"

Wt.: 135 lbs   Hair: Brown   Eyes: Blue

Social Security No.: N/A   D.L. #: _____

Phone #: _____   Cell #: N/A

Place of Employment: N/A

May be Found at: N/A

---

## TO THE DEFENDANT

☒ Based on the affidavit of complaint filed in this case, there is probable cause to believe that you have committed the offense(s) of violation(s) of T.C.A. § _____ 39-13-102 _____

( ) ( )

( ) Defendant has failed to appear in court or to report to jail when required to do so.

### TO ANY LAWFUL OFFICER:

You are therefore commanded in the name of the State of Tennessee to immediately ARREST the defendant named above and bring the defendant to this court to answer the charges.

Bail is set at $ _____

Conditions of Bond

Date: _____

Judge/Clerk/Judicial Commissioner

---

## OFFICER'S RETURN

( X ) Warrant served by arresting defendant today or on 29 May 2015

( )

Officer's Signature: _Sgt Erik Borchgrevink_ 612

Officer's Name (Printed): **Sgt Erik Borchgrevink   612**

Officer's Agency (Printed): **Unicoi County Sheriff's Department**

Date: 29 May 2015

### WITNESSES

Summons as a witnesses on the part of the State:

Deputy Thomas Whaley  614

Summons as a witnesses on the part of the Defendant: