EXHIBIT D

# UNICOI COUNTY SHERIFF DEPARTMENT
## INCIDENT REPORT

**CASE NUMBER:** 1508001485
**State Control Number:** 13285
Original ☒  Supplement ☐

**REPORTING OFFICER:** Jeremy Rice  **ID#** 615  **ORI:** TNO860000

| REPORT TYPE | ADDRESS OF INCIDENT: Highway 352 | City: Flag Pond TN | State: TN | Zone: 3 |
|---|---|---|---|---|
| ☒ ARREST | Date and Time of Incident: 08-18-15 2140 | Arrival Time: 2151 | | Time of Arrest 2211 |
| ☐ OFFENSE | | | | |
| ☐ OTHER | STATUS OF INCIDENT: ☒ Cleared By Arrest ☐ Closed ☐ Cleared Exceptionally ☐ Pending ☐ Active | | | |

### Exceptional Clearance Information
☐ Death of Offender  ☐ Victim Refused to Cooperate
☐ Prosecution Declined  ☐ Juvenile No Custody
☐ Extradition Denied  ☒ Not Applicable

Exceptional Clearance Date:
Complainant: Same as Victim
Address:  Phone:

## VICTIM

**Victim's Name:** Jared Peake
**Victim's Address:** 1740 Hwy 352 Flag Pond Tn 37657  **Phone:** 423-735-8070  **Work Phone:**
**D.O.B:** [redacted]  **SSN**  **DL#**  **State:** TN  **Victims Sequence #**
**Sex:** ☒ Male ☐ Female ☐ Unknown  **Race:** ☐ Asian ☒ White ☐ Black ☐ Indian ☐ Unknown
**Residence Status:** ☒ Resident ☐ Non-Resident ☐ Unknown  **Occupation:**
**Domestic Violence:** ☐ Yes ☒ No  **Was Victim Transported To A Safe Place** ☐ Yes ☐ No  **Where?**

### Type Of Victim
☒ Individual ☐ Government ☐ Law Enforcement Officer
☐ Society/Public ☐ Business ☐ Religious Organization
☐ Financial ☐ Unknown ☐ Other

### Injury Type (Check up to five)
☐ Broken Bones ☐ Possible Internal Injuries
☒ None ☐ Other Major injuries
☐ Minor injuries ☐ Unconsciousness

## OFFENSE

| Offense | T.C.A. Code | Status Of Offense | Attempted | Completed |
|---|---|---|---|---|
| Vandlism Under $500.00 | 39-14-408 | | ☐ | ☒ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

## OFFENDER

**Name:** Andrew Puckett  **Address:** 778 Rector Laurel Rd Flag Pond TN 37657  **Phone:** 423-735-4437
**D.O.B** [redacted]  **SS#** [redacted]  **DL#**  **Sex** M  **Race** White  **Arrested:** ☒ Yes ☐ No
**Eyes:** Blue  **Hair** Brown  **Weight** 135  **Height** 5-10  **Scars (other)**
**Relationship of Victim to Offender:**

**Offender Suspected of Using (X all that apply)** ☐ Alcohol ☐ Drugs ☐ Computer Equipment ☐ Other

### VEHICLE IDENTIFYING INFORMATION

| License No. | State | Style | VIN: |
|---|---|---|---|
| Make | Model | Year | Color |

### DRUG INFORMATION

| Suspected Drug Type | Estimated Quantity | Type / Measurement | Other Information |
|---|---|---|---|
| Drug 1- | | | |
| Drug 2- | | | |

| Weapon | Description | Serial # | Caliber | Make | Type |
|--------|-------------|----------|---------|------|------|
|        |             |          |         |      |      |

| Property | Description | Serial # | Total Value (est) |
|----------|-------------|----------|-------------------|
|          | 1.          |          |                   |
|          | 2.          |          |                   |
|          | 3.          |          |                   |

## WITNESSES

| Name: | D.O.B. | Address | |
|-------|--------|---------|---|
| Occupation | | Home Phone | Work Phone |
| Name | D.O.B. | Address | |
| Occupation | | Home Phone | Work Phone |

See Attached Warrant.

---

NON-PROSECUTION- I HAVE BEEN ADVISED OF THE EVIDENCE AND CIRCUMSTANCES OF THIS CASE AND AT THIS TIME DO NOT WISH to PRESS CHARGES AGAINST THE OFFENDER(s)

VICTIM:_____  WITNESS:_____

WITNESS:_____  DATE / TIME:_____

THE INFORMATION CONTAINED IN THIS INCIDENT REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IT IS A VIOLATION OF T.C.A. CODE 39-16-502 TO PROVIDE FALSE INFORMATION TO AN OFFICER AND THAT I MAY BE PROSECUTED FOR DOING SO.

_____   _____
COMPLAINANT / VICTIM                         DATE / TIME

_____   _____*[signature]*_____   ___6/5___
Reporting officer         ID Number          Approving Supervisor          ID Number

Case Assigned to:                            Assigning Authority:

# GENERAL SESSIONS COURT OF UNICOI COUNTY TENNESSEE

State of Tennessee vs. **Andrew Puckett**  Case # **1508001485**

## AFFIDAVIT OF COMPLAINT

I, the affiant named below, after being sworn, state under oath that on or about **August 19th, 2015** in Unicoi County, Tennessee, **Andrew Puckett** committed the offense(s) of violation(s) of T.C.A. § **39-14-408** I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On August 18th 2015 officers responded to Highway 352 in reference to a male subject throwing objects at their Vehicle.

The victim Jared Peake stated he was traveling west on Highway 352. After going through a curve there was a male subject walking in his lane of travel when the victim maneuvered around the subject he throw a hard object at his truck, causing damage to the vehicle. The victim then turned around and followed the male subject until law enforcement arrived on scene.

I made contact with a male subject standing on the side of the road identified as Andrew Puckett. After questing Mr. Puckett he stated he would pay for the damages to the vehicle. Mr. Puckett was taken into custody for Vandalism under $500.00 T.C.A. 39-14-408 and transported to the Unicoi county jail.

Affiant's Signature: *[signature]*
Name (Printed): Jeremy Rice
Address (Printed): 1570 Jackson Love Highway Erwin, TN. 37650
Phone Number: 423-743-1854

Sworn to and subscribed before me on _____ 20____
Judge/Clerk. Judicial Commissioner

## PROBABLE CAUSE DETERMINATION

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Unicoi County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § **39-14-408**

(X) Defendant given citation or arrested without warrant  ( ) Arrest warrant shall issue  ( ) Criminal Summons shall issue

Date 8-18-15  Judge/Clerk/Judicial Commissioner _____

# ARREST WARRANT

Case # 1508001485

State Control No.: 13285

## GENERAL SESSIONS COURT OF UNICOI COUNTY, TENNESSEE

### STATE OF TENNESSEE

vs.

**Andrew Puckett** Defendant

## CHARGES

A. Vandalism Under $500.00

B. _____

C. _____

D. _____

E. _____

Attorney for Defendant _____

Court Date  August  29th  2015  0930AM

State, Deft. to _____ at _____ AM/PM
State, Deft. to _____ at _____ AM/PM
State, Deft. to _____ at _____ AM/PM
State, Deft. to _____ at _____ AM/PM

## INFORMATION ABOUT THE DEFENDANT

Name: Andrew Puckett
Address: 778 Rector Laurel Rd Flag Pond TN 37657
DOB: ▮  Sex: Male
Race: White  Ht: 5-10
Wt.: 135  Hair: Brown  Eyes: Blue
Social Security No.: ▮  .L. #: ▮
Phone #: 423-735-4437  Cell #: ▮
Place of Employment: _____

May be Found at: _____

## TO THE DEFENDANT

☒ Based on the affidavit of complaint filed in this case, there is probable cause to believe that you have committed the offense(s) of violation(s) of T.C.A. § 39-14-408

( ) Defendant has failed to appear in court or to report to Jail when required to do so.

( )

## TO ANY LAWFUL OFFICER:

You are therefore commanded in the name of the State of Tennessee to immediately ARREST the defendant named above and bring the defendant to this court to answer the charges.

Bail is set at $ _____
Conditions of Bond _____

Date: _____

Judge/Clerk/Judicial Commissioner _____

## OFFICER'S RETURN

( X ) Warrant served by arresting defendant today or on 8-18-2015

( )

Officer's Signature: *[signature]*

Officer's Name (Printed): **Jeremy Rice**

Officer's Agency (Printed): **Unicoi County Sheriff's Department**

Date: 8-18-15

## WITNESSES

Summons as a witnesses on the part of the State:
Cassie Price 1740 Hwy 352
Jared Peake 1740 Hwy 352

Summons as a witnesses on the part of the Defendant:
_____
_____
_____