**EXHIBIT E**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| THE NUMBER OF VIOLATIONS THIS CITATION: ___ MOVING + ___ NON-MOVING = ___ TOTAL (MAX. 5) | | | | | | | | | |

THE UNDERSIGNED BEING DULY SWORN UPON HIS/HER OATH DEPOSES:

ON **Thurs** THE **21** DAY OF **July** 20**16** TIME **12:28 A.M.** SEX **M** RACE **W** TN RES **YES** ✓

**VIOLATOR**
NAME: **Andrew J Puckett** (First, Middle, Last)
D.O.B.: [redacted]
ADDRESS: **778 Rector Laurel Rd** CITY: **Flag Pond** STATE: **TN** ZIP: **37657**
DRIVER'S LICENSE NUMBER: [redacted] DL CLASS: CDL: **N** STATE: EXPIRATION DATE:

**VEHICLE**
- Motorcycle
- Automobile
- CMV
- Other

CRASH OCCURRED: Y / N
MAKE: MODEL: YEAR: COLOR:
LICENSE PLATE NO.: STATE: EXP. YEAR:
Was this vehicle registered to driver? Y / IF NO, THEN: NAME: BUSINESS ADDRESS:
OTHER VEH. INVOLVED? Y / N
DESIGNED TO TRANSPORT Y / 16 OR MORE PASSENGERS N — If CMV, Under 26,000 Lbs. / Over 26,000 Lbs. — Hazmat Y / N — U.S. D.O.T. NO.
If Other, What Type:

**LOC**
UPON STREET/HWY: **Rector Laurel** MM: CITY/COUNTY: **Unicoi County**
DIRECTION: NORTH / EAST / SOUTH / WEST
HWY: 2-L ✓ / 3-L / 4-L / DIV / I-RD — TYPE: 2
AREA: BUS 1 / SCHOOL 2 / RES 3 / RURAL ✓ / CONST. 5

AFORESAID DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):

**VIOLATION**

| | | | | | |
|---|---|---|---|---|---|
| A | TCA 55-8-___ SPEEDING ___ MPH IN ___ ZONE | | CONSTRUCTION ZONE: Y / N — WORKERS PRESENT: Y / N | RADAR 02 / PACING 03 | OTHER 04 / LASER 05 |
| B | TCA 55-10-205 RECKLESS DRIVING **002** | H | TCA 55-8-___ TRAFFIC CONTROL DEVICE/SIGNAL | O | TCA 55-4-___ REGISTRATION VIOL. | OTHER 1 ✓ Y TCA **39-14-505 Aggravated Crim Littering** |
| C | TCA 55-8-___ IMPROPER PASSING | I | TCA 55-8-124 FOLLOWING TOO CLOSE **006** | P | TCA 55-8-188 HOV LANE VIOLATION **113** | |
| D | TCA 55-50-___ DL VIOL. | K | TCA 55-10-416 OPEN CONTAINER **199** | S | TCA 55-9-___ LIGHT LAW | OTHER 2 Z TCA |
| E | TCA 55-9-202 MUFFLER LAW **106** | L | TCA 55-9-107 WINDOW TINT **199** | T | TCA 55-12-139 FINANCIAL RESPONSIBILITY **110** | |
| G | TCA 55-9-___ SEATBELT LAW | M | TCA 55-9-602 CHILD RESTRAINT DEVICE **393** | | | |

NARRATIVE: Affiant observed litter including a toilet and bathtub in the creek adjacent to "Hikers Paradise" on Rector Laurel. Defendant stated that the materials in creek were trash from a remodel job and that he had placed them there.

THE UNDERSIGNED FURTHER STATES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE, THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE(S) HEREIN SET FORTH, CONTRARY TO LAW.

THIS **21** DAY OF **July** 20**16** RANK: **Chief Deputy** OFFICER NAME: **Jonathan T. "Frank" Rogers** BADGE NO.: **60** ID#:

HAVING BEEN DULY SWORN, I DO HEREBY ATTEST THAT THE ABOVE IS A COMPLETE COPY OF THE ORIGINAL CITATION, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SWORN AND SUBSCRIBED BEFORE ME THIS ___ DAY OF ___ 20 ___

*[Signature: Jonathan Rogers]* SIGNATURE OF OFFICER — JUDGE/CLERK

**COURT**
IN THE: ✓ GENERAL SESSIONS COURT OF: **Unicoi** COUNTY NO. **86** CITY **Erwin**
JUVENILE COURT OF: ___
OTHER: **Unicoi County** Jail for booking
ON **Saturday** THE **23rd** DAY OF **July** 20**16** TIME **1:30 P.M.**

NOTICE: FAILURE TO APPEAR IN COURT ON THE DATE ASSIGNED TO THIS CITATION OR AT THE APPROPRIATE POLICE STATION FOR BOOKING AND PROCESSING WILL RESULT IN YOUR ARREST FOR A SEPARATE CRIMINAL OFFENSE WHICH IS PUNISHABLE BY A JAIL SENTENCE OF ELEVEN (11) MONTHS TWENTY-NINE (29) DAYS AND/OR A FINE UP TO TWO THOUSAND FIVE HUNDRED DOLLARS (2,500).

I UNDERSTAND THE ABOVE NOTICE, AND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT.

VIOLATOR'S SIGNATURE: *X [signature: Andrew Puckett]*

BLER 36 (Rev. 10/11) — COURT COPY — RDA 291