# EXHIBIT G

## GENERAL SESSIONS COURT OF UNICOI COUNTY, TENNESSEE

State of Tennessee vs. Andrew J. Puckett          Case # 1705001016

### AFFIDAVIT OF COMPLAINT

I, the affiant named below, after being sworn, state under oath that on or about _____ May 11th, 2017 _____ Unicoi County, Tennessee, _____ **Andrew J. Puckett** _____ committed the offense(s) of violation(s) of T.C.A. § _____ 39-14-406 ~ Aggravated Criminal Trespass _____ I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believeable and iiable are as follows:

n the aforesaid date Mr. and Mrs. Paul Tipton reported that the defendant entered and remained on the property owned by them at

9 Rector Laurel Rd. Flagpond, Tn, in Unicoi County without their consent. The defendant has been warned in the past by affiant not

be on the said property. The property is clearly posted "NO TRESPASS" the contact with the victim caused them to be in fear of the

fendant due to past incident where that the defendant has attempted to break into their residence and where he has vandalized their

operty in the past. Affiant request that the defendant be summoned to answer the charge of aggravated criminal trespass.

ffiant's Signature: _Jonathan T. Rogers (signature)_

lame (Printed): Jonathan T. "Frank" Rogers, Chief Deputy

ddress (Printed): 1570 Jackson Love Hwy. Erwin, TN

hone Number: 423-743-1850

Sworn to and subscribed before me on

May 11 ,20 17

_Beverly Tinker (signature)_
Judge/Clerk, Judicial Commissioner
DC

## PROBABLE CAUSE DETERMINATION

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Unicoi County,

ennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-406 ~ Aggravated Criminal Trespass

( ) Defendant given citation or arrested without warrant          ( ) Arrest warrant shall issue          (✓) Criminal summons shall issue

)ate 5-11-17          Judge/Clerk/Judicial Commissioner _Beverly Tinker (signature)_ DC

COPY 1

**CRIMINAL SUMMONS**

Case#: 170500 1016. 19315

GENERAL SESSIONS COURT OF
UNICOI COUNTY,
TENNESSEE

**STATE OF TENNESSEE**

vs.

Andrew J. Puckett

Defendant

**CHARGES**

A. Aggravated Criminal Trespass

B. _____

C. _____

D. _____

E. _____

Attorney for Defendant _____

Court Date  6-3-2017          at  9:00 A.M.

State, Deft. to _____ at _____ am/pm
State, Deft. to _____ at _____ am/pm
State, Deft. to _____ at _____ am/pm
State, Deft. to _____ at _____ am/pm
State, Deft. to _____ at _____ am/pm

**INFORMATION ABOUT THE DEFENDANT**

Name: Andrew J. Puckett
Addr: 778 Rector Laurel Rd. Flagpond, TN
DOB _____           Sex: Male
Race: White               Ht: 5'8"
Wt: 140                   Eye: BLUE PILLS
Phone: _____        Hair: Brown
Place of Employment: _____

May Be Found At: _____

Other: _____

SS# 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

---

**TO THE DEFENDANT**

( X ) Based on the affidavit of complaint filed in this case, there is probable cause to believe that you have committed the offense(s) of violation(s) of

T.C.A. § 39-14-406 ~ Aggravated Criminal
Trespass

( ) _____

( ) _____

**YOU ARE HEREBY SUMMONED TO APPEAR**
before the General Sessions Court of Unicoi County,
Tennessee in Erwin to answer charges on

Unicoi County Jail For Booking

at  1:00 PM  a.m./p.m.

Date:    06-03-2017

_____
Judge/Clerk/Judicial Commissioner

**NOTICE:** You are charged with a state criminal offense. This summons has been issued in lieu of an arrest warrant. Your failure to appear in court on the day and time assigned by this summons or the failure to appear for booking and processing as directed by this summons will result in your arrest for separate criminal offenses punishable as provided in T.C.A. §39-16-609 regardless of the disposition of the charge for which you were originally summoned. You are encouraged to consult with an attorney about this summons. The signing and acceptance of this summons by the defendant is not an admission of guilt of the criminal offense charged.

Date: _____          _____
                        Defendant

---

**OFFICER'S RETURN**

(X) Summons served by delivering a copy of defendant

today or on _____

Officer's Signature:
_____

Officer's Name (Printed):
_____

Officer's Agency (Printed):
Unicoi County Sheriffs Dept.

Date:   5-12-17

**WITNESSES**

Summon as witnesses on the part of the State:
Fredia and Paul Tipton 779 Rector Laurel Rd. Flagpond

Summon as witnesses on the part of the Defendant:
170500 1016