# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## GREENEVILLE DIVISION

| | | |
|---|---|---|
| **Jerry Michael Puckett, Andrew Joseph Puckett, and George Puckett** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:23-cv-00123-DCLC-CRW** |
| | ) | |
| **Unicoi County, Tennessee; City of Erwin Tennessee; Unicoi County Sheriff Michael Hensley, Deputy Ron Arnold, ET. AL** | ) ) ) | |
| | ) | |
| **Defendants** | ) | |

## REVISED DEFENDANTS' JOINT MOTION TO STAY DISCOVERY

COMES NOW Unicoi County, Tennessee, the City of Erwin, and all defendants who have been employed as a law enforcement officer for either Unicoi County or Erwin ("Law Enforcement Defendants"), and Defendant R. Mitchell Manuel ("Judge Manuel), and file their Motion to Stay Discovery. These Defendants respectfully request that all discovery be stayed. In support thereof, the Law Enforcement Defendants and Judge Manuel rely on their Memorandum of Law being filed contemporaneously herein. The Law Enforcement Defendants and Judge Manuel further state as follows:

1. The Law Enforcement Defendants and Judge Manuel certify that they have good faith conferred or attempted to confer with other affected parties to resolve the dispute without court action.

2. Rule 26(c)(1) permits a stay of discovery upon a showing of good cause. *Univ. of Tenn. Rsch. Found. v. Caelum Biosciences, Inc.* 2022 U.S. Dist. LEXIS 109462 *12 (E.D. Tenn.

June 21, 2022).  Here there are special circumstances constituting good cause to stay discovery.

The special circumstances are the interdependent judicial and qualified immunity questions

combined with the continuing malicious conspiratorial prosecution allegations made by

plaintiffs.[1] Sixth Circuit Courts have found that "[l]imitations on pretrial discovery are appropriate

where claims may be dismissed 'based on legal determinations that could not have been altered by

any further discovery.' " *Gettings v. Bldg. Laborers Loc. 310 Fringe Benefits Fund*, 349 F.3d 300,

304 (6th Cir. 2003) (quoting *Muzquiz v. W.A. Foote Memorial Hosp., Inc.*, 70 F.3d 422, 430 (6th

Cir. 1995)).

       3.      Here, Defendants' assertion of qualified immunity presents good cause for a

stay. *See In re Flint Water Cases*, 960 F.3d 820, 826 (6th Cir. 2020) ("If the defendant files a motion

to dismiss based on qualified immunity, the court must stay discovery until that issue is decided."

(internal quotation marks and citation omitted)) and *Gilbert v. Ferry*, 401 F.3d 411, 416 (6th Cir.

2005), *on reh'g vacated in part*, 413 F.3d 578 (6th Cir. 2005) (finding the district court did not

abuse its discretion in staying discovery when the defendants challenged subject-matter

jurisdiction.

       4.  Plaintiffs conspiracy claim involves interrelated facts and time periods. Some of the

Defendants are currently faced with filing an Answer and Affirmative Defenses to a Fourth

Amended Complaint while others pursue  dispositive motions. Hardship will come to some, if not

all, Defendants in the form of exchanging and responding to largely overlapping sets of discovery,

having employees sit for multiple overlapping depositions, and producing and re-producing

documents—all of which can be if the immunity questions are resolved first.

---

[1] "Local Law Enforcement Conspirators Extend Their Scheme to Include Malicious Prosecution of George Robet Puckett, Jerry's son and Andrew's nephew." See p. 24, Dkt. 88 Fourth Amended Complaint.

This, the 25th day of February 2025.

                              Respectfully submitted,

                              /s/ L. Scott Miller
                              L. Scott Miller (TN BPR. No. 034102)
                              L.S. MILLER LAW
                              415 W. Central Ave. Suite 1
                              LaFollette, TN 37776
                              lsmiller@lsmlaw.com
                              Attorney for Deputy Ron Arnold


                              /s/ Jeffrey M. Ward
                              Jeffrey M. Ward, BPR # 016329
                              MILLIGAN & COLEMAN PLLP
                              P. O. Box 1060
                              Greeneville, TN  37744-1060
                              423 639-6811
                              423 639-0278 Facsimile
                              jward@milligancoleman.com
                              Attorney for Unicoi County, Tennessee,
                              Michael Hensley, Jonathan
                              "Frank" Rogers, and Chad Ricker


                              /s/ Russell W. Adkins
                              Russell W. Adkins (BPR #014230)
                              WILSON WORLEY PC
                              P. O. Box 88
                              Kingsport, TN 37662-0088
                              radkins@wilsonworley.com
                              Attorney for Judge R. Mitchell Manuel

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day February 2025, the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which sends notifications of such filings to all registered participants.

/s/ L. Scott Miller
L. Scott Miller
Attorney for Deputy Ron Arnold

4