## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

Jerry Puckett, Andrew Puckett, and )
George Puckett )
      )
v. )       **Case No. 2:23-CV-123**
      )
Unicoi County, Tennessee, Et. Al., )
      )
      *Defendants.* )

---

### ANSWER OF CLAUDE HENSLEY TO FOURTH AMENDMENDED COMPLAINT

---

**Comes Now**, the defendant, Claude Hensley, by and through undersigned counsel, respectfully makes Answer to the Fourth Amended Complaint, as follows:

1.  Mr. Hensley denies the allegations of Paragraph 1 of the Complaint the extent the allegations contained in that paragraph are addressed to him.

2.  Mr. Hensley denies the allegations of Paragraph 2 of the Complaint the extent the allegations contained in that paragraph are addressed to him.

3.  Mr. Hensley denies the allegations of Paragraph 3 of the Complaint the extent the allegations contained in that paragraph are addressed to him.

4.  Mr. Hensley lacks sufficient information to admit or deny the allegations in Paragraph 4 of the Complaint.

5.  Mr. Hensley lacks sufficient information to admit or deny the allegations in Paragraph 5 of the Complaint.

6.  Mr. Hensley lacks sufficient information to admit or deny the allegations in Paragraph 6 of the Complaint.

7. Based upon Mr. Hensley's knowledge, the allegations contained in Paragraph 7 are admitted.

8. Based upon Mr. Hensley's knowledge, the allegations contained in Paragraph 8 are admitted.

9. Based upon Mr. Hensley's knowledge, the allegations contained in Paragraph 9 are admitted.

10. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 10 of the Complaint.

11. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 11 of the Complaint.

12. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 12 of the Complaint.

13. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 13 of the Complaint.

14. Mr. Hensley admits the allegations contained in Paragraph 14 of the Complaint.

15. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 15 of the Complaint.

16. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 16 of the Complaint.

17. Based upon Mr. Hensley's knowledge, the allegations contained in Paragraph 9 are admitted.

18. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 18 of the Complaint.

19. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 19 of the Complaint.

20. In response to the allegations of Paragraph 20 of the Complaint, Mr. Hensley do not dispute the Court has subject matter jurisdiction, but denies that the Plaintiffs have any valid cause of action against Mr. Hensley.

21. In response to the allegations of Paragraph 21 of the Complaint, Mr. Hensley do not dispute the Court has personal jurisdiction, but denies that the Plaintiffs have any valid cause of action against Mr. Hensley.

22. In response to the allegations of Paragraph 22 of the Complaint, Mr. Hensley do not dispute the Court has personal jurisdiction, but denies that the Plaintiffs have any valid cause of action against Mr. Hensley.

23. In response to the allegations of Paragraph 22 of the Complaint, Mr. Hensley do not dispute that venue is proper, but denies that the Plaintiffs have any valid cause of action against Mr. Hensley.

24. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 24 of the Complaint.

25. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 25 of the Complaint.

26. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 26 of the Complaint.

27. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 27 of the Complaint.

28. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 28 of the Complaint.

29. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 29 of the Complaint.

30. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 30 of the Complaint.

31. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 31 of the Complaint.

32. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 32 of the Complaint.

33. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 33 of the Complaint.

34. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 34 of the Complaint.

35. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 35 of the Complaint.

36. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 36 of the Complaint.

37. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 37 of the Complaint.

38. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 38 of the Complaint.

39. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 39 of the Complaint.

40. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 40 of the Complaint.

41. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 41 of the Complaint.

42. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 42 of the Complaint.

43. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 43 of the Complaint.

44. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 44 of the Complaint.

45. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 45 of the Complaint.

46. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 46 of the Complaint.

47. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 47 of the Complaint.

48. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 48 of the Complaint.

49. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 49 of the Complaint.

50. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 50 of the Complaint.

51. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 51 of the Complaint, and denies any participation in any conspiracy.

52. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 52 of the Complaint.

53. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 53 of the Complaint.

54. Mr. Hensley admits that Jerry Puckett was arrested and charged with aggravated assault, but denies that "Jerry himself had been the victim of a serious and potentially deadly crime."

   a. Mr. Hensley admits there was a verbal exchange with Jerry Puckett. Mr. Hensley admits he possessed a firearm. Mr. Hensley vehemently denies the Plaintiff's version of events, and would state that Mr. Puckett brandished a firearm placing Mr. Hensley in imminent fear of serious bodily injury or death, and only discharged a firearm in response to the threat of serious bodily injury or death from Jerry Puckett. To the extent not specifically addressed, the remained of the allegations are denied.

   b. Based upon Mr. Hensley's knowledge, he and Sheriff Hensley are not related, but they have hunted together on occasion.

   c. The allegations contained in subsection (c) are denied.

   d. Mr. Hensley admits that Jerry Puckett was charged with aggravated assault; however, the remained of the allegations in subsection (d) are vehemently denied.

e. Mr. Hensley admits the charge was dismissed against Jerry Puckett; however, Mr. Hensley does not have sufficient knowledge to admit or deny the reasoning and the other allegations regarding records.

55. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 55 of the Complaint, and denies any participation in any conspiracy.

56. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 56 of the Complaint, and denies any participation in any conspiracy.

57. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 57 of the Complaint.

58. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 58 of the Complaint.

59. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 59 of the Complaint.

60. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 60 of the Complaint.

61. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 61 of the Complaint.

62. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 62 of the Complaint.

63. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 63 of the Complaint.

64. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 64 of the Complaint.

65. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 65 of the Complaint.

66. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 66 of the Complaint.

67. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 67 of the Complaint.

68. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 68 of the Complaint.

69. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 69 of the Complaint.

70. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 70 of the Complaint.

71. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 71 of the Complaint.

72. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 72 of the Complaint.

73. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 73 of the Complaint.

74. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 74 of the Complaint.

75. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 75 of the Complaint.

76. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 76 of the Complaint, and denies participation in any conspiracy.

77. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 77 of the Complaint.

78. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 78 of the Complaint.

79. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 79 of the Complaint.

80. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 80 of the Complaint.

81. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 81 of the Complaint.

82. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 82 of the Complaint.

83. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 83 of the Complaint.

84. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 84 of the Complaint.

85. Mr. Hensley admits he was charged with aggravated assault. Mr. Hensley admits to discharging a firearm, but vehemently denies any intent to cause Jerry Puckett serious bodily injury or death, as the discharge was in response to the threat posed by Jerry Puckett. Mr. Hensley vehemently denies the remainder of the allegations in Paragraph 85 of the Complaint.

86. Mr. Hensley vehemently denies any conspiracy, cover up effort, false testimony, destruction of evidence. To the extent not specifically addressed, the allegations in Paragraph 86 of the Complaint are vehemently denied.

87. The allegations contained Paragraph 87 and its subsections are vehemently denied.

88. To the extent the allegations in Paragraph 88 and its subsection pertain to Mr. Hensley, they are vehemently denied.

89. To the extent the allegations in Paragraph 89 and its subsection pertain to Mr. Hensley, they are vehemently denied.

90. To the extent the allegations in Paragraph 90 and its subsection pertain to Mr. Hensley, they are vehemently denied.

91. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 91 of the Complaint.

92. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 92 of the Complaint.

93. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 93 of the Complaint.

94. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 94 of the Complaint.

95. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 95 of the Complaint.

96. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 96 of the Complaint.

97. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 97 of the Complaint.

98. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 98 of the Complaint.

99. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 99 of the Complaint.

100. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 100of the Complaint.

101. Mr. Hensley lacks sufficient knowledge and/or information to admit or deny the allegations in Paragraph 101of the Complaint.

102. The allegations contained in Paragraph 102 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

103. The allegations contained in Paragraph 103 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

104. The allegations contained in Paragraph 104 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

105. The allegations contained in Paragraph 105 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

106. The allegations contained in Paragraph 102 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

107. The allegations contained in Paragraph 102 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

108. The allegations contained in Paragraph 108 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

109. The allegations contained in Paragraph 109 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

110. The allegations contained in Paragraph 110 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

111. The allegations contained in Paragraph 110 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

112. The allegations contained in Paragraph 112 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

113. The allegations contained in Paragraph 113 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

114. The allegations contained in Paragraph 114 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

115. The allegations contained in Paragraph 115 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

116. The allegations contained in Paragraph 116 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

117. The allegations contained in Paragraph 117 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

118. The allegations contained in Paragraph 118 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

119. The allegations contained in Paragraph 119 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

120. The allegations contained in Paragraph 120 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

121. The allegations contained in Paragraph 121 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

122. The allegations contained in Paragraph 122 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

123. The allegations contained in Paragraph 123 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

124. The allegations contained in Paragraph 124 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

125. The allegations contained in Paragraph 125 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

126. The allegations contained in Paragraph 126 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

127. The allegations contained in Paragraph 127 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

128. The allegations contained in Paragraph 128 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

129. The allegations contained in Paragraph 129 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

130. The allegations contained in Paragraph 130 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

131. The allegations contained in Paragraph 131 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

132. The allegations contained in Paragraph 132 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

133. The allegations contained in Paragraph 134 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

134. The allegations contained in Paragraph 135 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

135. The allegations contained in Paragraph 145 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

136. The allegations contained in Paragraph 136 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

137. The allegations contained in Paragraph 137 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

138. The allegations contained in Paragraph 138 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

139. The allegations contained in Paragraph 139 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

140. The allegations contained in Paragraph 140 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

141. The allegations contained in Paragraph 141 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

142. The allegations contained in Paragraph 142 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

143. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 143 of the Complaint are vehemently denied.

144. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 144 of the Complaint are vehemently denied.

145. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 145 of the Complaint are vehemently denied.

146. The allegations contained in Paragraph 146 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

147. The allegations contained in Paragraph 147 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

148. The allegations contained in Paragraph 148 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

149. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 149 of the Complaint are vehemently denied.

150. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 150 of the Complaint are vehemently denied.

151. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 151 of the Complaint are vehemently denied.

152. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 152 of the Complaint are vehemently denied.

153. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 153 of the Complaint are vehemently denied.

154. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 154 of the Complaint are vehemently denied.

155. Mr. Hensley vehemently denies the allegations in Paragraph 155 of the Complaint.

156. Mr. Hensley vehemently denies the allegations in Paragraph 156 of the Complaint.

157. Mr. Hensley vehemently denies the allegations in Paragraph 157 of the Complaint.

158. Mr. Hensley vehemently denies the allegations in Paragraph 158 of the Complaint.

159. Mr. Hensley vehemently denies the allegations in Paragraph 159 of the Complaint.

160. The allegations contained in Paragraph 160 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

161. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 161 of the Complaint are vehemently denied.

162. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 162 of the Complaint are vehemently denied.

163. The allegations contained in Paragraph 163 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

164. The allegations contained in Paragraph 164 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

165. The allegations contained in Paragraph 165 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

166. To the extent that they pertain to Mr. Hensley, the allegations contained in Paragraph 166 of the Complaint are vehemently denied.

167. The allegations contained in Paragraph 167 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

168. The allegations contained in Paragraph 168 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

169. The allegations contained in Paragraph 169 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

170. The allegations contained in Paragraph 170 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

171. The allegations contained in Paragraph 171 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

172. The allegations contained in Paragraph 172 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

173. The allegations contained in Paragraph 173 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

174. The allegations contained in Paragraph 174 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

175. The allegations contained in Paragraph 175 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

176. The allegations contained in Paragraph 176 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

177. The allegations contained in Paragraph 177 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

178. The allegations contained in Paragraph 178 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

179. The allegations contained in Paragraph 179 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

180. The allegations contained in Paragraph 180 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

181. The allegations contained in Paragraph 181 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

182. The allegations contained in Paragraph 182 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

183. The allegations contained in Paragraph 183 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

184. The allegations contained in Paragraph 184 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

185. The allegations contained in Paragraph 185 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

186. The allegations contained in Paragraph 186 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

187. The allegations contained in Paragraph 187 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

188. The allegations contained in Paragraph 188 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

189. The allegations contained in Paragraph 189 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

190. The allegations contained in Paragraph 190 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

191. The allegations contained in Paragraph 191 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

192. The allegations contained in Paragraph 192 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

193. The allegations contained in Paragraph 193 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

194. The allegations contained in Paragraph 165 of the Complaint are not addressed to Mr. Hensley and fail to state a claim as to him.

195. In response to the allegations contained in Paragraph 195 and its subsections, Mr. Hensley denies engaging in any wrongful conduct and denies that Plaintiffs are entitled to recover any damages from Hensley.

196. In response to the allegations contained in Paragraph 196 and its subsections, Mr. Hensley denies engaging in any wrongful conduct and denies that Plaintiffs are entitled to recover any damages from Hensley.

197. In response to the allegations contained in Paragraph 197 and its subsections, Mr. Hensley denies engaging in any wrongful conduct and denies that Plaintiffs are entitled to recover any damages from Hensley.

198. In response to the allegations contained in Paragraph 198 and its subsections, Mr. Hensley denies engaging in any wrongful conduct and denies that Plaintiffs are entitled to recover any damages from Hensley.

199. In response to the allegations contained in Paragraph 199, Mr. Hensley denies engaging in any wrongful conduct and denies that Plaintiffs are entitled to recover any damages from Hensley.

200. In response to the allegations in Paragraph 200, Mr. Hensley likewise requests a jury be empaneled to try all issues that are appropriate for a jury to hear.

201. In response to the allegations in Paragraph 201, Mr. Hensley again denies any wrong doing and denies that Plaintiffs are entitled to any recovery.

202. Mr. Hensley denies all other allegations in the complaint not specifically denied, or otherwise answered or explained.

203. Affirmative Defense: The Complaint filed herein fails to state a claim against Mr. Hensley. Specifically, Plaintiffs cannot show that Mr. Hensley and certain law enforcement officers entered into a conspiracy to interfere with Plaintiffs' civil rights. Plaintiffs cannot show that Mr. Hensley and other defendants formed a conspiracy. Mr. Hensley did not commit any overt acts in furtherance of any conspiracy. Plaintiffs have suffered no actual damages.

204. Affirmative Defense: Mr. Hensley relies upon any applicable statute of limitations.

**Wherefore**, defendant Claude Hensley having fully answered the Fourth Amended Complaint, respectfully requests that this cause of action be dismissed with prejudice, with costs taxed to the Plaintiffs, and Mr. Hensley recover his reasonable attorney's fees. In the event this Complaint is not dismissed, Mr. Hensley requests a jury trial. Mr. Hensley further reserves the

right to amend this answer and/or raise additional affirmative defenses consistent with any orders of the Court and Federal Rules of Civil Procedure.

*Respectfully Submitted*,

**Claude Hensley**

_s/ T. Hunter Shelton_
T. Hunter Shelton, BPR No.038375
Collins Shipley PLLC
102 S. Main Street
Greeneville, TN 37743
Phone: (423) 972-4388
Fax:    (423) 972-4387
Email: hunter@collinsshipley.com

s/ Corey B. Shipley
Corey B. Shipley, BPR No.032772
Collins Shipley PLLC
102 S. Main Street
Greeneville, TN 37743
Phone: (423) 972-4388
Fax:    (423) 972-4387
Email: corey@collinsshipley.com

*Counsel for Mr. Hensley*