UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JERRY MICHAEL PUCKETT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 2:23-CV-00123-DCLC-CRW |
| v. ) | |
| ) | |
| UNICOI COUNTY, TENNESSEE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Before the Court are two contested motions related to scheduling and discovery in this matter: a Motion to Stay [Doc. 97] and a Motion to Amend Scheduling Order [Doc. 112]. To effect efficient resolution of these motions, the parties are hereby **ORDERED** to appear for a telephonic hearing on the motions on **Tuesday, April 29, 2025, at 11:00 a.m.** The parties shall call the Court's conference line at 423-212-5515 and enter access code 8036938 at the appointed time.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge