UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JERRY MICHAEL PUCKETT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) 2:23-CV-00123-DCLC-CRW |
| v. | ) |
| | ) |
| UNICOI COUNTY, TENNESSEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court are two motions related to discovery and scheduling in this matter. [Docs. 97, 112]. The first is a Motion to Stay [Doc. 97] made by several defendants in this case. The second is a Motion to Amend the Court's previous Scheduling Order. [Doc. 112]. The Court held a hearing on the motions on April 29, 2025.

For the reasons stated during the hearing, the Motion to Stay [Doc. 97] is **DENIED**, and the Motion to Amend [Doc. 112] is **GRANTED**. The Court amends its previous Scheduling Order [Doc. 40] in accordance with the dates listed below. Unless expressly modified by this order, all provisions of the Court's prior Scheduling Order [Doc. 40] shall remain in effect.

| Important Scheduling Dates | |
|---|---|
| Trial Date | **March 31, 2026, at 9:00 a.m. EST** |
| Estimated Length of Trial | **5 days** |
| Final Pretrial Conference | **March 17, 2026, at 1:30 p.m. EST** |

1

Case 2:23-cv-00123-DCLC-CRW    Document 119    Filed 05/01/25    Page 1 of 2
PageID #: 1339

| Non-dispositive Motions Due | **January 30, 2026** |
|---|---|
| Dispositive Motions Due | **December 1, 2025** |
| Daubert Challenge Deadline | **December 10, 2025** |
| Fact Discovery Cut-Off | **October 17, 2025** |
| Expert Discovery Cut-Off | **November 30, 2025** |
| Expert Disclosure Deadline: | **Plaintiff: September 30, 2025**<br>**Defendant: October 30, 2025**<br>**Rebuttal: November 13, 2025** |

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge